# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION; <br> APPLIED BIOSYSTEMS, LLC; <br> INSTITUTE FOR PROTEIN RESEARCH; <br> ALEXANDER CHETVERIN; HELENA <br> CHETVERINA; AND WILLIAM HONE, <br><br> Plaintiffs, <br><br> v. <br><br> ILLUMINA, INC. and SOLEXA, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 09-706-RK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ILLUMINA, INC.'S FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant/Counterclaimant Illumina, Inc. states that it has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
Andrew D. Cordo (I.D. #4534)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE, 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
acordo@ashby-geddes.com

*Counsel for Defendants/Cross-claimants*
*Illumina, Inc. and Solexa, Inc.*

*Of Counsel:*

Kevin M. Flowers
Matthew C. Nielsen
Mark H. Izraelewicz
John R. Labbé
Cullen N. Pendleton
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
Suite 6300
Chicago, IL  60606
(312) 474-6300

Dated:  October 13, 2009

{00340471;v1}