# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION;<br>APPLIED BIOSYSTEMS, LLC;<br>INSTITUTE FOR PROTEIN RESEARCH;<br>ALEXANDER CHETVERIN; HELENA<br>CHETVERINA; AND WILLIAM HONE, | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, | ) | C.A. No. 09-706-RK |
| | ) | |
| v. | ) | |
| | ) | |
| ILLUMINA, INC. and SOLEXA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## SOLEXA, INC.'S FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant/Counterclaimant Solexa, Inc. states that it is a wholly owned subsidiary of Illumina, Inc.

                                                ASHBY & GEDDES

                                                */s/ Steven J. Balick*

                                                Steven J. Balick (I.D. #2114)
                                                Lauren E. Maguire (I.D. #4261)

*Of Counsel:*                          Andrew D. Cordo (I.D. #4534)
                                                500 Delaware Avenue, 8th Floor

Kevin M. Flowers                  P.O. Box 1150
Matthew C. Nielsen              Wilmington, DE, 19899
Mark H. Izraelewicz             Tel: (302) 654-1888
John R. Labbé                     Fax: (302) 654-2067
Cullen N. Pendleton              sbalick@ashby-geddes.com
MARSHALL, GERSTEIN & BORUN LLP   lmaguire@ashby-geddes.com
233 South Wacker Drive          acordo@ashby-geddes.com
Suite 6300
Chicago, IL  60606                 *Counsel for Defendants/Cross-claimants*
(312) 474-6300                     *Illumina, Inc. and Solexa, Inc.*

Dated:  October 13, 2009

{00340472;v1}