IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION; APPLIED BIOSYSTEMS, LLC; INSTITUTE FOR PROTEIN RESEARCH; ALEXANDER CHETVERIN; HELENA CHETVERINA; and WILLIAM HONE, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 09-706-RK |
| v. | ) ) | |
| ILLUMINA, INC. and SOLEXA, INC., | ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 19th day of November, 2009, **ILLUMINA AND SOLEXA'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION AND THINGS** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Nicholas Groombridge, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **VIA ELECTRONIC MAIL** |

                                          ASHBY & GEDDES

                                          */s/ Lauren E. Maguire*
                                          _____
                                          Steven J. Balick (I.D. #2114)
                                          Lauren E. Maguire (I.D. #4261)
                                          Andrew D. Cordo (I.D. #4534)
                                          500 Delaware Avenue, 8th Floor
                                          P.O. Box 1150
                                          Wilmington, DE, 19899
                                          Tel: (302) 654-1888
                                          Fax: (302) 654-2067
                                          sbalick@ashby-geddes.com
                                          lmaguire@ashby-geddes.com
                                          acordo@ashby-geddes.com

                                          *Counsel for Defendants/Cross-claimants*
                                          *Illumina, Inc. and Solexa, Inc.*

*Of Counsel:*

Kevin M. Flowers
Matthew C. Nielsen
Mark H. Izraelewicz
John R. Labbé
Cullen N. Pendleton
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
Suite 6300
Chicago, IL  60606
(312) 474-6300

Dated:  November 19, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2009, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Nicholas Groombridge, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | <u>VIA ELECTRONIC MAIL</u> |

*/s/ Lauren E. Maguire*
_____
Lauren E. Maguire

{00355599;v1}