IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION; APPLIED BIOSYSTEMS, LLC; INSTITUTE FOR PROTEIN RESEARCH; ALEXANDER CHETVERIN; HELENA CHETVERINA; and WILLIAM HONE, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 09-706-RK |
| v. | ) ) | |
| ILLUMINA, INC. and SOLEXA, INC., | ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of November, 2009, **FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES OF ILLUMINA, INC. AND SOLEXA, INC.** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Nicholas Groombridge, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | VIA ELECTRONIC MAIL |

                                        ASHBY & GEDDES

                                        */s/ Lauren E. Maguire*

                                        _____
                                        Steven J. Balick (I.D. #2114)
                                        Lauren E. Maguire (I.D. #4261)
                                        Andrew D. Cordo (I.D. #4534)
                                        500 Delaware Avenue, 8th Floor
                                        P.O. Box 1150
                                        Wilmington, DE, 19899
                                        Tel: (302) 654-1888
                                        Fax: (302) 654-2067
                                        sbalick@ashby-geddes.com
                                        lmaguire@ashby-geddes.com
                                        acordo@ashby-geddes.com

                                        *Counsel for Defendants/Cross-claimants*
                                        *Illumina, Inc. and Solexa, Inc.*

*Of Counsel:*

Kevin M. Flowers
Matthew C. Nielsen
Mark H. Izraelewicz
John R. Labbé
Cullen N. Pendleton
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
Suite 6300
Chicago, IL  60606
(312) 474-6300

Dated:  November 20, 2009

{00355599;v1}

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2009, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Nicholas Groombridge, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | VIA ELECTRONIC MAIL |

*/s/ Lauren E. Maguire*
_____
Lauren E. Maguire

{00355599;v1}