IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION; APPLIED BIOSYSTEMS, LLC; INSTITUTE FOR PROTEIN RESEARCH; ALEXANDER CHETVERIN; HELENA CHETVERINA; and WILLIAM HONE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ILLUMINA, INC. and SOLEXA, INC.,<br><br>　　　　Defendants. | C.A. No. 09-706 (RK) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Initial Disclosure Statement* were caused to be served on November 20, 2009 upon the following in the manner indicated:

Steven J. Balick, Esquire　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Lauren E. Maguire, Esquire　　　　　　　　　　　　　　　　　*and HAND DELIVERY*
Andrew D. Cordo, Esquire
ASHBY & GEDDES
500 Delaware Avenue – 8th Floor
Wilmington, DE 19801

Kevin M. Flowers, Esquire　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Matthew C. Nielsen, Esquire
Mark H. Izraelewicz, Esquire
John R. Labbé, Esquire
Cullen N. Pendleton, Esquire
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, Suite 6300
Chicago, IL 60606

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Nicolas Groombridge
Peter Sandel
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8242

November 20, 2009
3175407

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2009 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Steven J. Balick, Esquire
> Lauren E. Maguire, Esquire
> Andrew D. Cordo, Esquire
> ASHBY & GEDDES

I further certify that I caused copies of the foregoing document to be served on November 20, 2009 upon the following in the manner indicated:

Steven J. Balick, Esquire  *VIA ELECTRONIC MAIL*
Lauren E. Maguire, Esquire  *and HAND DELIVERY*
Andrew D. Cordo, Esquire
ASHBY & GEDDES
500 Delaware Avenue – 8th Floor
Wilmington, DE 19801

Kevin M. Flowers, Esquire  *VIA ELECTRONIC MAIL*
Matthew C. Nielsen, Esquire
Mark H. Izraelewicz, Esquire
John R. Labbé, Esquire
Cullen N. Pendleton, Esquire
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, Suite 6300
Chicago, IL 60606

_____
Maryellen Noreika (#3208)