IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| LIFE TECHNOLOGIES CORPORATION; APPLIED BIOSYSTEMS, LLC; INSTITUTE FOR PROTEIN RESEARCH; ALEXANDER CHETVERIN; HELENA CHETVERINA; and WILLIAM HONE | : : : : : : | CIVIL ACTION |
|---|---|---|
| vs. | : : | NO. 09-706-RK |
| ILLUMINA, INC. and SOLEXA, INC. | : | |

**O R D E R**

**AND NOW**, this 2nd day of February, 2010, upon consideration of Plaintiffs' Motion to Revise the Markman Claim Construction Schedule and Scheduling Orders (Doc. No. 36), and the Response thereto, and after a telephone conference between the Court and the parties, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.[1]  An amended case schedule appears below.

| **EVENT** | **DATE** |
|---|---|
| **FACT DISCOVERY DEADLINES** | |
| Fed. R. Civ. P. 26(a) Initial Disclosures due | November 20, 2009 |
| Latest date to amend pleadings other than Inequitable Conduct (without leave of Court) | January 29, 2010 |
| Latest date to amend pleadings regarding Inequitable Conduct (without leave of Court) | June 18, 2010 |
| Latest date to join additional parties (without leave of Court) | March 29, 2010 |
| Completion of fact discovery | September 17, 2010 |

---

[1] The Court will consider future requests to amend other deadlines if any party believes that such modifications are necessary as a result of the granting of the present motion.

| | |
|---|---|
| **CLAIM CONSTRUCTION DEADLINES** | |
| Patentee(s) advise(s) accused infringer(s) of the asserted claims of each patent-in-suit | 125 days before hearing date |
| Parties exchange proposed claim terms in need of construction | 105 days before hearing date |
| Deadline for parties to meet and confer regarding narrowing and reducing the number of claim construction issues | 90 days before hearing date |
| Final Joint Claim Charts | 80 days before hearing date |
| Opening Claim Construction Briefs | 60 days before hearing date |
| Responsive Claim Construction Briefs | 30 days before hearing date |
| Claim Construction Hearing | July 26, 2010 |
| **EXPERT DISCOVERY DEADLINES** | |
| Latest date to serve Opening Expert Reports on issues for which a party bears the burden of proof | October 1, 2010 |
| Latest date to serve Rebuttal Expert Reports | November 5, 2010 |
| Latest date to serve Reply Expert Reports | December 3, 2010 |
| Close of expert discovery | January 14, 2011 |
| **SUMMARY JUDGMENT DEADLINES** | |
| Latest date to file Motion for Summary Judgment | February 4, 2011 |
| Latest date to file Opposition to Motion for Summary Judgment | March 4, 2011 (or 28 days after service of corresponding Motion for Summary Judgment) |
| Latest date to file Reply in support of Motion for Summary Judgment | March 18, 2011 (or 14 days after service of Opposition to Motion for Summary Judgment) |
| Hearing on Summary Judgment Motions | April 15, 2011 |

| **TRIAL PHASE DEADLINES** | |
|---|---|
| Plaintiffs provide Draft Joint Pretrial Order | Eight weeks before pre-trial conference (to be decided by the Court) |
| Defendants provide Response to Plaintiffs' Draft Pretrial Order | Six weeks before pre-trial conference (to be decided by the Court) |
| Motions in limine (fully briefed) | Five weeks before pre-trial conference (to be decided by the Court) |
| Pretrial Conference | Four weeks before trial (to be decided by the Court) |
| Trial (two weeks) | July 11, 2011 |

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE