# EXHIBIT 27

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In Re U.S. | Patent of: | § | |
| | | § | |
| | Balasubramanian *et al.* | § | Examiner:  Unknown |
| | | § | |
| Patent No.: | 7,232,656 B2 | § | Group Art Unit:  Unknown |
| | | § | |
| Issued: | June 19, 2007 | § | Appl. No. Unknown |
| | | § | |
| For: | ARRAYED BIOMOLECULES | § | |
| | AND THEIR USE IN | § | Atty Docket No.:  INV850/4-049REUS |
| | SEQUENCING | § | |
| | | § | |
| | | § | |

**MAIL STOP *INTER PARTES* REEXAM**
ATTN: Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## REQUEST FOR INTER PARTES REEXAMINATION
## OF U.S. PATENT NO. 7,232,656 B2

Dear Sir:

Pursuant to 37 C.F.R. § 1.915(b)(8), the Real Party in Interest, Life Technologies Corporation ("Requester"), hereby respectfully requests reexamination pursuant to 35 U.S.C. §§ 311 *et seq.* and 37 C.F.R. §§ 1.902 *et seq.* of Claims 1-9 of U.S. Patent No. 7,232,656 ("the '656 patent") (Exhibit PAT-A) filed June 30, 2003 and issued June 19, 2007 to Balasubramanian *et al.* The '656 patent was originally examined by Examiner Ethan Whisenant.

Requester informs the Examiner that the '656 patent is involved in litigation in the United States District Court for the District of Delaware, No. 1:09-cv-00706-RK.

In accordance with 37 C.F.R. § 1.915(a) and pursuant to 37 C.F.R. § 1.20(c)(2), the Commissioner is authorized to deduct a fee of $8,800 from VINSON & ELKINS LLP at Deposit Account Number 22-0365/INV850-36024. If additional fees are due or if an overpayment has been made, the Commissioner is authorized to deduct or credit the proper amount to VINSON & ELKINS LLP at Deposit Account Number 22-0365/INV850-36024.

Date:    January 26, 2010

Respectfully submitted,

By: _Margaret Sampson_

Margaret J. Sampson
USPTO Registration No.: 47,052
Attorney for Requester

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2010 a true and correct copy of the Request for *Inter Partes* Reexamination of U.S. Patent No. 7,232,656 has been served via First Class Mail upon the following:

Klauber & Jackson
411 Hackensack Avenue
Hackensack, NJ 07691

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Kevin M. Flowers
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
Suite 6300
Chicago, IL 60606

Carolin Spiegel
Carolin Spiegel

US 244300v.1

# EXHIBIT 28

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In Re U.S. Patent of: | § | |
| | § | |
| John Bridgham, *et al.* | § | Examiner:  Unknown |
| | § | |
| Patent No.:  6,831,994 B2 | § | Group Art Unit:  Unknown |
| | § | |
| Issued:  December 14, 2004 | § | Appl. No. Unknown |
| | § | |
| For:  SYSTEM AND APPARATUS | § | |
| FOR SEQUENTIAL | § | Atty Docket No.:  INV850/36024 |
| PROCESSING OF | § | |
| ANALYTES | § | |
| | § | |
| | § | |

**MAIL STOP *INTER PARTES* REEXAM**
ATTN: Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## REQUEST FOR INTER PARTES REEXAMINATION

## OF U.S. PATENT NO. 6,831,994 B2

Dear Sir:

Pursuant to 37 C.F.R. § 1.915(b)(8), the Real Party in Interest, Life Technologies Corporation ("Requester"), hereby respectfully requests reexamination pursuant to 35 U.S.C. §§ 311 *et seq.* and 37 C.F.R. §§ 1.902 *et seq.* of Claims 1-4 of U.S. Patent No. 6,831,994 ("the '994 patent") (Exhibit PAT-A) filed July 17, 2001 and issued December 14, 2004 to Bridgham *et al.* The '994 patent was originally examined by Examiner Jayanti K. Patel.

i

Requester informs the Examiner that the '994 patent is involved in litigation in the United States District Court for the District of Delaware, No. 1:09-cv-00706-RK.

In accordance with 37 C.F.R. § 1.915(a) and pursuant to 37 C.F.R. § 1.20(c)(2), the Commissioner is authorized to deduct a fee of $8,800 from VINSON & ELKINS L.L.P. Deposit Account Number 22-0365/INV850-36024. If additional fees are due or if an overpayment has been made, the Commissioner is authorized to deduct or credit the proper amount to VINSON & ELKINS L.L.P. Deposit Account Number 22-0365/INV850-36024.

Date:   January 29, 2010                    Respectfully submitted,

By: _____
    Margaret J. Sampson
    USPTO Registration No.: 47,052
    Attorney for Requester

US 208188v.4

337

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2010 a true and correct copy of the Request for *Inter Partes* Reexamination of U.S. Patent No. 6,831,994 has been served via First Class Mail upon the following:

Perkins Coie LLP
P.O. Box 1208
Seattle, WA 98111-1208

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Kevin M. Flowers
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
Suite 6300
Chicago, IL 60606


*Carolin E. Spiegel*

Carolin E. Spiegel

# EXHIBIT 29

# Vinson&Elkins

Margaret J. Sampson  msampson@velaw.com
Tel 512.542.8569  Fax 512.236.3264

CERTIFICATE OF EXPRESS MAILING
NUMBER:        EV258031038US
DATE:            March 5, 2010
This paper or fee is being deposited with the United States
Postal Service "EXPRESS MAIL POST OFFICE TO
ADDRESSEE" service on the date indicated above and is
addressed to: Mail Stop Inter Partes Reexam,
Commissioner for Patents, P. O. Box 1450, Alexandria, VA
22313-1450.

March 5, 2010

**ATTN: CENTRAL REEXAMINATION UNIT (CRU)**
**MAIL STOP *INTER PARTES* REEXAM**
Commissioner for Patents
United States Patent & Trademark Office
PO Box 1450
Alexandria, VA  22313-1450

Re:   U.S. Patent No. 7,232,656, entitled "Arrayed Biomolecules and Their Use In
      Sequencing" [Appl. No. 10/610,305]; Control Number: 95/000,528
      Our Ref: INV850/36024/4-049REUS

Dear Sirs:

Enclosed please find the following Replacement Request for *Inter Partes*
Reexamination of U.S. Patent No. 7,232,656 [Appl. No. 10/610,305]. A return postcard to
acknowledge receipt is also included. Please date stamp and mail this postcard.

A fee of $8,800, pursuant to 37 C.F.R. § 1.20(c)(2), was believed paid with the
original request filed January 26, 2010; which the Commissioner was authorized to deduct
from VINSON & ELKINS L.L.P. Deposit Account Number 22-0365/INV850/36024. If any
additional fees are due or if an overpayment has been made, the Commissioner is authorized
to deduct or credit the proper amount to VINSON & ELKINS L.L.P. Deposit Account
Number 22-0365/INV850/36024/4-049REUS.

Very truly yours,

Margaret Sampson

Margaret J. Sampson
Registration No.: 47,052
Attorney for Requester

001864:3058
Enclosures

Vinson & Elkins LLP  Attorneys at Law
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston
London  Moscow  New York  Shanghai  Tokyo  Washington

2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8400  Fax 512.542.8612  www.velaw.com

V&E

cc:     Marya Breig, Docket Coordinator, V&E

US 294718v.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2010 a true and correct copy of the Replacement

Request for *Inter Partes* Reexamination of U.S. Patent No. 7,232,656 has been served via First

Class Mail upon the following:

Klauber & Jackson
411 Hackensack Avenue
Hackensack, NJ 07691

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Kevin M. Flowers
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
Suite 6300
Chicago, IL 60606

*Carolin Spiegel*
Carolin Spiegel

US 294798v.1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In Re U.S. Patent of: | § | |
| | § | |
| Balasubramanian *et al.* | § | Examiner: Unknown |
| | § | |
| Patent No.: 7,232,656 B2 | § | Group Art Unit: Unknown |
| | § | |
| Issued: June 19, 2007 | § | Appl. No. 95/000,528 |
| | § | |
| For: ARRAYED BIOMOLECULES | § | |
| AND THEIR USE IN | § | Atty Docket No.: INV850/4-049REUS |
| SEQUENCING | § | |
| | § | |
| | § | |
| | § | |

**MAIL STOP *INTER PARTES* REEXAM**
ATTN: Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## REPLACEMENT REQUEST FOR INTER PARTES REEXAMINATION
## OF U.S. PATENT NO. 7,232,656 B2

Dear Sir:

Pursuant to 37 C.F.R. § 1.915(b)(8), the Real Party in Interest, Life Technologies Corporation ("Requester"), hereby respectfully requests reexamination pursuant to 35 U.S.C. §§ 311 *et* seq. and 37 C.F.R. §§ 1.902 *et seq.* of Claims 1-9 of U.S. Patent No. 7,232,656 ("the '656 patent") (Exhibit PAT-A) filed June 30, 2003 and issued June 19, 2007 to Balasubramanian *et al.* The '656 patent was originally examined by Examiner Ethan Whisenant.

Requester informs the Examiner that the '656 patent is involved in litigation in the United States District Court for the District of Delaware, No. 1:09-cv-00706-RK.

In accordance with 37 C.F.R. § 1.915(a) and pursuant to 37 C.F.R. § 1.20(c)(2), the Commissioner deducted a fee of $8,800 from VINSON & ELKINS LLP at Deposit Account Number 22-0365/INV850-36024 with submission of the original Request on January 26, 2010. If any additional fees are due or if an overpayment has been made, the Commissioner is authorized to deduct or credit the proper amount to VINSON & ELKINS LLP at Deposit Account Number 22-0365/INV850-36024.

**TABLE OF CONTENTS**

I.  STATEMENT UNDER 37 C.F.R. § 1.915(B)(3) OF EACH SUBSTANTIAL NEW QUESTION OF PATENTABILITY ........................................................................ 1

II.  RELATED CO-PENDING LITIGATION ........................................................... 4

III.  REQUIREMENTS FOR *INTER PARTES* REEXAMINATION UNDER 37 C.F.R. § 1.915 ................................................................................................. 4

IV.  OVERVIEW OF U.S. PATENT NO. 6,654,656 AND SUMMARY OF THE RELEVANT PRIOR ART ................................................................................... 6

    A.  Summary of the '656 patent ........................................................................ 6

    B.  Summary of the Prosecution History of the '656 Patent ............................. 7

        1.  June 30, 2003 Filing and Preliminary Amendment ....................... 7

        2.  October 3, 2006 Preliminary Amendment ..................................... 8

        3.  April 6, 2006 Office Action ........................................................... 8

        4.  September 26, 2006 Response ...................................................... 11

        5.  January 8, 2007 Notice of Allowability ....................................... 14

    C.  Claim Construction ................................................................................... 15

    D.  Summary of the Relevant Prior Art Upon Which Reexamination is Requested ................................................................................................. 17

        1.  Summary of References with an Effective Date Prior to July 30, 1998 ............................................................................................. 18

            a.  Chee *et al.*, Science, 274:610-614 (1996) ("Chee I") Anticipates Claims 1-4, 7 and 9 and Renders Obvious the Claims of the '656 Patent ................................................ 18

            b.  U.S. Pat. No. 7,144,699 ("Chee II") Anticipates Claims 1-4, 7 and 9 and Renders Obvious the Claims of the '656 Patent ............................................................................ 20

            c.  Intl. Publ. No. WO 96/12014 ("Brenner") Anticipates Claims 1-7 and 9 and Renders Obvious the Claims of the '656 Patent ............................................................................ 22

            d.  Weber and Meyers, Genome Research 7:401-409 (1997) ("Weber") Anticipates and Renders Obvious Claims 1 and 2 of the '656 Patent ...................................................... 23

            e.  European Publ. No. EP 0 640 146 ("Rosenthal") Renders Obvious Claims 3-6 and 8 of the '656 Patent ............................... 25

            f.  U.S. Pat. No. 5,302,509 ("Cheeseman") Renders Obvious Claims 3-6, 8 and 9 of the '656 Patent ......................................... 26

g.  Intl. Publ. No. WO 95/09248 ("Drmanac") Renders Obvious Claims 1-9 of the '656 Patent ............................................ 28

2.  Summary of References with an Effective Date Prior to January 30, 2001 ....................................................................................... 29

a.  U.S. Pat. No. 7,270,951 ("Stemple") Anticipates and Renders Obvious Claims 1-9 of the '656 Patent ............................ 29

b.  Gunderson et al., Genome Research, 8:1142-1153 (1998) ("Gunderson") Anticipates and Renders Obvious Claims 1-4, 7, and 9 of the '656 Patent ........................................................... 33

c.  Bentley, Human Molecular Genetics, 9:2353-2358 (2000) ("Bentley I") Anticipates Claims 1 and 2 and Renders Obvious Claims 1, 2, and 7 of the '656 Patent ............................... 35

d.  Alderborn et al., Genome Research, 10:1249-1258 (2000) Anticipates and Renders Obvious Claims 8 and 9 of the '656 Patent ........................................................................................ 36

e.  Bentley, Medical Research Reviews, 20:189-196 (2000) ("Bentley II") Anticipates and Renders Obvious Claims 1 and 2 of the '656 Patent ................................................................. 37

f.  Delcher et al., Nucleic Acid Research, 27:2369-2376 (1999) ("Delcher") Renders Obvious Claims 1, 2 and 7 of the '656 Patent ........................................................................................ 39

g.  Altshuler et al., Nature, 407:513-516 (2000) ("Altshuler") Renders Obvious Claims 1, 2, and 7 of the '656 Patent ................. 40

V.  THE EFFECTIVE FILING DATE OF CLAIMS 1-9 OF THE '656 PATENT CAN BE NO EARLIER THAN JANUARY 30, 2001, THE FILING DATE OF THE PARENT OF THE '656 PATENT .................................................................. 41

A.  The Original Disclosure of the July 30, 1998 Application Does Not Provide Support Under 35 U.S.C. § 112 ¶ 1 for Claims 1-9 of the '656 Patent ........................................................................................................... 44

B.  The Original Disclosure of the October 16, 1998 Application Does Not Provide Support Under 35 U.S.C. § 112 ¶ 1 for Claims 1-9 of the '656 Patent ........................................................................................................... 46

C.  The Original Disclosure of the July 30, 1999 PCT Does Not Provide Support Under 35 U.S.C. § 112 ¶ 1 for Claims 1-9 of the '656 Patent ................. 47

D.  The Original Disclosure of the February 1, 2000 Application Does Not Provide Support Under 35 U.S.C. § 112 ¶ 1 for Claims 1-9 of the '656 Patent ........................................................................................................... 50

VI.  SUBSTANTIAL NEW QUESTIONS OF PATENTABILITY ........................................ 52

A.  Substantial New Question of Patentability 1:  Claims 1-4, 7 and 9 are anticipated by Chee I under 35 U.S.C. § 102(b) ...................................... 52

  1. Overview of Chee I ................................................................ 52

  2. Substantial New Question of Patentability Raised by Chee I ................. 52

  3. Claims 1-4, 7 and 9 are anticipated under 35 U.S.C. § 102(b) based on Chee I ........................................................................ 52

B. <u>Substantial New Question of Patentability 2</u>:  Claims 1-4, 7 and 9 are anticipated by Chee II under 35 U.S.C. § 102(e) .................................. 59

  1. Overview of Chee II ............................................................... 59

  2. Substantial New Question of Patentability Raised by Chee II ................. 59

  3. Claims 1-4, 7 and 9 are anticipated under 35 U.S.C. § 102(e) based on Chee II ........................................................................ 60

C. <u>Substantial New Question of Patentability 3</u>:  Claims 1-7 and 9 are anticipated by Brenner under 35 U.S.C. § 102(b) ................................. 66

  1. Overview of Brenner ............................................................... 66

  2. Substantial New Question of Patentability Raised by Brenner ................. 67

  3. Claims 1-7 and 9 are anticipated under 35 U.S.C. § 102(b) based on Brenner ........................................................................ 67

D. <u>Substantial New Question of Patentability 4</u>:  Claims 1 and 2 are anticipated by Weber under 35 U.S.C. § 102(b) .................................. 76

  1. Overview of Weber ................................................................. 76

  2. Substantial New Question of Patentability Raised by Weber ................... 76

  3. Claims 1 and 2 are anticipated under 35 U.S.C. § 102(b) based on Weber ........................................................................ 76

E. <u>Substantial New Question of Patentability 5</u>:  Claims 1-9 are anticipated by Stemple under 35 U.S.C. § 102(e) .................................. 79

  1. Overview of Stemple ............................................................... 79

  2. Substantial New Question of Patentability Raised by Stemple ................. 79

  3. Claims 1-9 are anticipated under 35 U.S.C. § 102(e) based on Stemple ........................................................................ 80

F. <u>Substantial New Question of Patentability 6</u>:  Claims 1-4, 7 and 9 are anticipated by Gunderson under 35 U.S.C. § 102(b) ........................... 95

  1. Overview of Gunderson ............................................................ 95

  2. Substantial New Question of Patentability Raised by Gunderson ............ 95

  3. Claims 1-4, 7 and 9 are anticipated under 35 U.S.C. § 102(b) based on Gunderson ................................................................ 96

G. <u>Substantial New Question of Patentability 7</u>:  Claims 1 and 2 are anticipated by Bentley I under 35 U.S.C. § 102(a) ............................... 102

1.  Overview of Bentley I ....................................................................... 102

2.  Substantial New Question of Patentability Raised by Bentley I............. 102

3.  Claims 1 and 2 are anticipated under 35 U.S.C. § 102(a) based on Bentley I ......................................................................................... 103

H.  <u>Substantial New Question of Patentability 8</u>:   Claims 8 and 9 are anticipated by Alderborn under 35 U.S.C. § 102(a)........................................... 106

1.  Overview of Alderborn ....................................................................... 106

2.  Substantial New Question of Patentability Raised by Alderborn .......... 106

3.  Claims 8 and 9 are anticipated under 35 U.S.C. § 102(a) based on Alderborn ........................................................................................ 107

I.  <u>Substantial New Question of Patentability 9</u>:   Claims 1 and 2 are anticipated by Bentley II under 35 U.S.C. § 102(a)........................................... 110

1.  Overview of Bentley II......................................................................... 110

2.  Substantial New Question of Patentability Raised by Bentley II............ 110

3.  Claims 1 and 2 are anticipated under 35 U.S.C. § 102(a) based on Bentley II......................................................................................... 111

J.  <u>Substantial New Questions of Patentability 10-19</u>:  Claims 1-9 of the '656 patent are obvious over Brenner under 35 U.S.C. § 103................................... 113

1.  <u>Substantial New Question of Patentability 10</u>:  Claims 1-9 of the '656 are obvious over Brenner under 35 U.S.C. § 103 ........................... 113

a.  Overview of Brenner................................................................... 113

b.  Substantial New Question of Patentability Raised by Brenner ......................................................................... 113

c.  Claims 1-9 are obvious over Brenner under 35 U.S.C. § 103 .................................................................................. 114

2.  <u>Substantial New Question of Patentability 11</u>: Claims 1-4, 7, and 9 of the '656 are obvious over Brenner in view of Chee I under 35 U.S.C. § 103 ........................................................................................ 125

a.  Overview of Brenner in view of Chee I ....................................... 125

b.  Reason to Combine Brenner and Chee I....................................... 125

c.  Substantial New Question of Patentability Raised by Brenner in view of Chee I............................................................ 125

d.  Claims 1-4, 7 and 9 are obvious over Brenner in view of Chee I under 35 U.S.C. § 103 ...................................... 126

3.  <u>Substantial New Question of Patentability 12</u>: Claims 1-4, 7, and 9 of the '656 are obvious over Brenner in view of Chee II under 35 U.S.C. § 103 ........................................................................................ 139

      a.     Overview of Brenner in view of Chee II...................................... 139

      b.     Reason to Combine Brenner and Chee II..................................... 139

      c.     Substantial New Question of Patentability Raised by Brenner in view of Chee II............................................................ 140

      d.     Claims 1-4, 7 and 9 are obvious over Brenner in view of Chee II under 35 U.S.C. § 103 .................................................... 140

4.    Substantial New Question of Patentability 13:  Claims 1 and 2 of the '656 are obvious over Brenner in view of Weber under 35 U.S.C. § 103 ............................................................................. 153

      a.     Overview of Brenner in view of Weber....................................... 153

      b.     Reason to Combine Brenner and Weber...................................... 153

      c.     Substantial New Question of Patentability Raised by Brenner in view of Weber............................................................ 154

      d.     Claims 1 and 2 are obvious over Brenner in view of Weber under 35 U.S.C. § 103 ................................................................. 154

5.    Substantial New Question of Patentability 14:  Claims 3-6, 8 and 9 of the '656 are obvious over Brenner in view of Rosenthal under 35 U.S.C. § 103 ...................................................................... 159

      a.     Overview of Brenner in view of Rosenthal.................................. 159

      b.     Reason to Combine Brenner and Rosenthal................................. 160

      c.     Substantial New Question of Patentability Raised by Brenner in view of Rosenthal....................................................... 160

      d.     Claims 3-6, 8 and 9 are obvious over Brenner in view of Rosenthal under 35 U.S.C. § 103 ............................................... 161

6.    Substantial New Question of Patentability 15:  Claims 3-6 of the '656 are obvious over Brenner in view of Cheeseman under 35 U.S.C. § 103 ............................................................................. 170

      a.     Overview of Brenner in view of Cheeseman ............................... 170

      b.     Reason to Combine Brenner and Cheeseman .............................. 170

      c.     Substantial New Question of Patentability Raised by Brenner in view of Cheeseman ..................................................... 171

      d.     Claims 3-6 are obvious over Brenner in view of Cheeseman under 35 U.S.C. § 103 ................................................................. 172

7.    Substantial New Question of Patentability 16:  Claims 1-7 and 9 of the '656 are obvious over Brenner in view of Gunderson under 35 U.S.C. § 103 ............................................................................. 176

      a.     Overview of Brenner in view of Gunderson ................................ 176

b.    Reason to Combine Brenner and Gunderson ............................... 177

c.    Substantial New Question of Patentability Raised by Brenner in view of Gunderson ..................................................... 177

d.    Claims 1-7 and 9 are obvious over Brenner in view of Gunderson under 35 U.S.C. § 103 ............................................... 178

8.    Substantial New Question of Patentability 17: Claims 1, 2 and 7 of the '656 are obvious over Brenner in view of Delcher under 35 U.S.C. § 103 ...................................................................................... 192

a.    Overview of Brenner in view of Delcher .................................... 192

b.    Reason to Combine Brenner and Delcher .................................... 192

c.    Substantial New Question of Patentability Raised by Brenner in view of Delcher ......................................................... 192

d.    Claims 1, 2 and 7 are obvious over Brenner in view of Delcher under 35 U.S.C. § 103 ................................................... 193

9.    Substantial New Question of Patentability 18: Claims 1 and 2 of the '656 are obvious over Brenner in view of Bentley I under 35 U.S.C. § 103 ...................................................................................... 200

a.    Overview of Brenner in view of Bentley I .................................. 200

b.    Reason to Combine Brenner and Bentley I.................................. 201

c.    Substantial New Question of Patentability Raised by Brenner in view of Bentley I ......................................................... 201

d.    Claims 1 and 2 are obvious over Brenner in view of Bentley I under 35 U.S.C. § 103 ................................................. 202

10.    Substantial New Question of Patentability 19: Claims 1 and 2 of the '656 are obvious over Brenner in view of Bentley II under 35 U.S.C. § 103 ...................................................................................... 207

a.    Overview of Brenner in view of Bentley II................................. 207

b.    Reason to Combine Brenner and Bentley II................................ 208

c.    Substantial New Question of Patentability Raised by Brenner in view of Bentley II........................................................ 208

d.    Claims 1 and 2 are obvious over Brenner in view of Bentley II under 35 U.S.C. § 103 ................................................ 209

K.    Substantial New Questions of Patentability 20-28: Claims 1-9 of the '656 patent are obvious over Chee I under 35 U.S.C. § 103 ...................................... 214

1.    Substantial New Question of Patentability 20: Claims 1-4, 7, and 9 of the '656 are obvious over Chee I under 35 U.S.C. § 103 ................... 214

a.    Overview of Chee I .................................................................... 214

  b. Substantial New Question of Patentability Raised by Chee I ..... 214

  c. Claims 1-4, 7 and 9 are obvious over Chee I under 35
   U.S.C. § 103 ................................................................................ 214

2. <u>Substantial New Question of Patentability 21</u>: Claims 1-4, 7, and 9
 of the '656 are obvious over Chee I in view of Chee II under 35
 U.S.C. § 103 ......................................................................................... 221

  a. Overview of Chee I in view of Chee II ....................................... 221

  b. Reason to Combine Chee I and Chee II ...................................... 222

  c. Substantial New Question of Patentability Raised by Chee I
   in view of Chee II ....................................................................... 222

  d. Claims 1-4, 7, and 9 are obvious over Chee I in view of
   Chee II under 35 U.S.C. § 103 ................................................... 223

3. <u>Substantial New Question of Patentability 22</u>:  Claims 1 and 2 of
 the '656 are obvious over Chee I in view of Weber under 35
 U.S.C. § 103 ......................................................................................... 235

  a. Overview of Chee I in view of Weber ......................................... 235

  b. Reason to Combine Chee I and Weber ....................................... 235

  c. Substantial New Question of Patentability Raised by Chee I
   in view of Weber ......................................................................... 235

  d. Claims 1 and 2 are obvious over Chee I in view of Weber
   under 35 U.S.C. § 103 ................................................................. 236

4. <u>Substantial New Question of Patentability 23</u>:  Claims 3-6, 8 and 9
 of the '656 are obvious over Chee I in view of Rosenthal under 35
 U.S.C. § 103 ......................................................................................... 241

  a. Overview of Chee I in view of Rosenthal ................................... 241

  b. Reason to Combine Chee I and Rosenthal ................................. 241

  c. Substantial New Question of Patentability Raised by Chee I
   in view of Rosenthal ................................................................... 242

  d. Claims 3-6, 8 and 9 are obvious over Chee I in view of
   Rosenthal under 35 U.S.C. § 103 ............................................... 243

5. <u>Substantial New Question of Patentability 24</u>:  Claims 3-6 of the
 '656 are obvious over Chee I in view of Cheeseman under 35
 U.S.C. § 103 ......................................................................................... 250

  a. Overview of Chee I in view of Cheeseman ................................. 250

  b. Reason to Combine Chee I and Cheeseman ................................ 251

  c. Substantial New Question of Patentability Raised by Chee I
   in view of Cheeseman ................................................................. 251

d.   Claims 3-6 are obvious over Chee I in view of Cheeseman
under 35 U.S.C. § 103 ................................................................ 252

6.   Substantial New Question of Patentability 25: Claims 1, 2 and 7 of
the '656 are obvious over Chee I in view of Delcher under 35
U.S.C. § 103 .................................................................................... 256

a.   Overview of Chee I in view of Delcher ..................................... 256

b.   Reason to Combine Chee I and Delcher ................................... 256

c.   Substantial New Question of Patentability Raised by Chee I
in view of Delcher .................................................................... 257

d.   Claims 1, 2 and 7 are obvious over Chee I in view of
Delcher under 35 U.S.C. § 103 ................................................ 257

7.   Substantial New Question of Patentability 26:  Claims 1 and 7 of
the '656 are obvious over Chee I in view of Altshuler under 35
U.S.C. § 103 .................................................................................... 264

a.   Overview of Chee I in view of Altshuler ................................... 264

b.   Reason to Combine Chee I and Altshuler ................................. 264

c.   Substantial New Question of Patentability Raised by Chee I
in view of Altshuler .................................................................. 265

d.   Claims 1 and 7 are obvious over Chee I in view of
Altshuler under 35 U.S.C. § 103 .............................................. 265

8.   Substantial New Question of Patentability 27:  Claims 1 and 2 of
the '656 are obvious over Chee I in view of Bentley I under 35
U.S.C. § 103 .................................................................................... 272

a.   Overview of Chee I in view of Bentley I ................................... 272

b.   Reason to Combine Chee I and Bentley I ................................. 272

c.   Substantial New Question of Patentability Raised by Chee I
in view of Bentley I .................................................................. 273

d.   Claims 1 and 2 are obvious over Chee I in view of Bentley
I under 35 U.S.C. § 103 ............................................................ 273

9.   Substantial New Question of Patentability 28:  Claims 1 and 2 of
the '656 are obvious over Chee I in view of Bentley II under 35
U.S.C. § 103 .................................................................................... 279

a.   Overview of Chee I in view of Bentley II .................................. 279

b.   Reason to Combine Chee I and Bentley II ................................ 279

c.   Substantial New Question of Patentability Raised by Chee I
in view of Bentley II ................................................................. 279

d.   Claims 1 and 2 are obvious over Chee I in view of Bentley
II under 35 U.S.C. § 103 ........................................................... 280

L.  Substantial New Questions of Patentability 29-36: Claims 1-9 of the '656 patent are obvious over Chee II under 35 U.S.C. § 103 ....................................... 285

  1.  Substantial New Question of Patentability 29: Claims 1-4, 7, and 9 of the '656 are obvious over Chee II under 35 U.S.C. § 103 ................. 285

    a.  Overview of Chee II ............................................................. 285

    b.  Substantial New Question of Patentability Raised by Chee II ........................................................................................ 285

    c.  Claims 1-4, 7, and 9 are obvious over Chee II under 35 U.S.C. § 103 ......................................................................... 285

  2.  Substantial New Question of Patentability 30: Claims 1 and 2 of the '656 are obvious over Chee II in view of Weber under 35 U.S.C. § 103 ...................................................................................... 292

    a.  Overview of Chee II in view of Weber ..................................... 292

    b.  Reason to Combine Chee II and Weber ................................... 292

    c.  Substantial New Question of Patentability Raised by Chee II in view of Weber .................................................................. 293

    d.  Claims 1 and 2 are obvious over Chee II in view of Weber under 35 U.S.C. § 103 .......................................................... 293

  3.  Substantial New Question of Patentability 31: Claims 3-6, 8 and 9 of the '656 are obvious over Chee II in view of Rosenthal under 35 U.S.C. § 103 ................................................................................ 298

    a.  Overview of Chee II in view of Rosenthal ............................... 298

    b.  Reason to Combine Chee II and Rosenthal .............................. 298

    c.  Substantial New Question of Patentability Raised by Chee II in view of Rosenthal .......................................................... 299

    d.  Claims 3-6, 8 and 9 are obvious over Chee II in view of Rosenthal under 35 U.S.C. § 103 .......................................... 300

  4.  Substantial New Question of Patentability 32: Claims 3-6 of the '656 are obvious over Chee II in view of Cheeseman under 35 U.S.C. § 103 .................................................................................. 307

    a.  Overview of Chee II in view of Cheeseman .............................. 307

    b.  Reason to Combine Chee II and Cheeseman ............................ 307

    c.  Substantial New Question of Patentability Raised by Chee II in view of Cheeseman......................................................... 308

    d.  Claims 3-6 are obvious over Chee II in view of Cheeseman under 35 U.S.C. § 103 .......................................................... 309

5.   Substantial New Question of Patentability 33: Claims 1, 2 and 7 of the '656 are obvious over Chee II in view of Delcher under 35 U.S.C. § 103 ........................................................................... 313

   a.   Overview of Chee II in view of Delcher ..................................... 313

   b.   Reason to Combine Chee II and Delcher ..................................... 313

   c.   Substantial New Question of Patentability Raised by Chee II in view of Delcher ................................................................. 313

   d.   Claims 1, 2 and 7 are obvious over Chee II in view of Delcher under 35 U.S.C. § 103 .................................................. 314

6.   Substantial New Question of Patentability 34: Claims 1 and 7 of the '656 are obvious over Chee II in view of Altshuler under 35 U.S.C. § 103 ........................................................................... 320

   a.   Overview of Chee II in view of Altshuler ..................................... 320

   b.   Reason to Combine Chee II and Altshuler ..................................... 320

   c.   Substantial New Question of Patentability Raised by Chee II in view of Altshuler ................................................................. 321

   d.   Claims 1 and 7 are obvious over Chee II in view of Altshuler under 35 U.S.C. § 103 .................................................. 321

7.   Substantial New Question of Patentability 35: Claims 1 and 2 of the '656 are obvious over Chee II in view of Bentley I under 35 U.S.C. § 103 ........................................................................... 328

   a.   Overview of Chee II in view of Bentley I ..................................... 328

   b.   Reason to Combine Chee II and Bentley I ..................................... 328

   c.   Substantial New Question of Patentability Raised by Chee II in view of Bentley I ................................................................. 328

   d.   Claims 1 and 2 are obvious over Chee II in view of Bentley I under 35 U.S.C. § 103 .................................................. 329

8.   Substantial New Question of Patentability 36: Claims 1 and 2 of the '656 are obvious over Chee II in view of Bentley II under 35 U.S.C. § 103 ........................................................................... 334

   a.   Overview of Chee II in view of Bentley II ..................................... 334

   b.   Reason to Combine Chee II and Bentley II ..................................... 334

   c.   Substantial New Question of Patentability Raised by Chee II in view of Bentley II ................................................................. 334

   d.   Claims 1 and 2 are obvious over Chee II in view of Bentley II under 35 U.S.C. § 103 .................................................. 335

M.   Substantial New Questions of Patentability 37-40: Claims 1-9 of the '656 patent are obvious over Drmanac under 35 U.S.C. § 103 ................................................... 340

1.    Substantial New Question of Patentability 37:  Claims 1–4, 7, and 9
      of the '656 are obvious over Drmanac under 35 U.S.C. § 103 ............... 340

      a.    Overview of Drmanac ................................................................. 340

      b.    Substantial New Question of Patentability Raised by
            Drmanac ...................................................................................... 340

      c.    Claims 1–4, 7 and 9 are obvious over Drmanac under 35
            U.S.C. § 103 ................................................................................ 340

2.    Substantial New Question of Patentability 38:  Claims 1 and 2 of
      the '656 are obvious over Drmanac in view of Weber under 35
      U.S.C. § 103 ................................................................................ 347

      a.    Overview of Drmanac in view of Weber ..................................... 347

      b.    Reason to Combine Drmanac and Weber ..................................... 348

      c.    Substantial New Question of Patentability Raised by
            Drmanac in view of Weber .......................................................... 348

      d.    Claims 1 and 2 are obvious over Drmanac in view of
            Weber under 35 U.S.C. § 103 ..................................................... 349

3.    Substantial New Question of Patentability 39:  Claims 3–6, 8 and 9
      of the '656 are obvious over Drmanac in view of Rosenthal under
      35 U.S.C. § 103 ................................................................................ 354

      a.    Overview of Drmanac in view of Rosenthal ............................... 354

      b.    Reason to Combine Drmanac and Rosenthal ............................... 354

      c.    Substantial New Question of Patentability Raised by
            Drmanac in view of Rosenthal ..................................................... 355

      d.    Claims 3–6, 8 and 9 are obvious over Drmanac in view of
            Rosenthal under 35 U.S.C. § 103 ................................................ 356

4.    Substantial New Question of Patentability 40:  Claims 3–6 of the
      '656 are obvious over Drmanac in view of Cheeseman under 35
      U.S.C. § 103 ................................................................................ 363

      a.    Overview of Drmanac in view of Cheeseman ............................. 363

      b.    Reason to Combine Drmanac and Cheeseman ............................. 363

      c.    Substantial New Question of Patentability Raised by
            Drmanac in view of Cheeseman................................................... 364

      d.    Claims 3–6 are obvious over Drmanac in view of
            Cheeseman under 35 U.S.C. § 103 .............................................. 365

N.  Substantial New Questions of Patentability 41–48:  Claims 1–9 of the '656
    patent are obvious over Stemple under 35 U.S.C. § 103 ..................................... 369

    1.    Substantial New Question of Patentability 41:  Claims 1–9 of the
          '656 are obvious over Stemple under 35 U.S.C. § 103 ............................ 369

a.   Overview of Stemple.............................................................. 369

b.   Substantial New Question of Patentability Raised by Stemple................................................................................... 369

c.   Claims 1-9 are obvious over Stemple under 35 U.S.C. § 103 .......................................................................................... 369

2.   Substantial New Question of Patentability 42:  Claims 3-6, 8 and 9 of the '656 are obvious over Stemple in view of Rosenthal under 35 U.S.C. § 103 ............................................................................. 385

a.   Overview of Stemple in view of Rosenthal ................................. 385

b.   Reason to Combine Stemple and Rosenthal ............................... 386

c.   Substantial New Question of Patentability Raised by Stemple in view of Rosenthal.................................................... 386

d.   Claims 3-6, 8 and 9 are obvious over Stemple in view of Rosenthal under 35 U.S.C. § 103 ............................................... 387

3.   Substantial New Question of Patentability 43:  Claims 3-6 of the '656 are obvious over Stemple in view of Cheeseman under 35 U.S.C. § 103 ................................................................................. 401

a.   Overview of Stemple in view of Cheeseman............................... 401

b.   Reason to Combine Stemple and Cheeseman............................. 401

c.   Substantial New Question of Patentability Raised by Stemple in view of Cheeseman ................................................. 402

d.   Claims 3-6 are obvious over Stemple in view of Cheeseman under 35 U.S.C. § 103 ............................................. 403

4.   Substantial New Question of Patentability 44:  Claims 8 and 9 of the '656 are obvious over Stemple in view of Alderborn under 35 U.S.C. § 103 ................................................................................. 409

a.   Overview of Stemple in view of Alderborn ................................. 409

b.   Reason to Combine Stemple and Alderborn ............................... 410

c.   Substantial New Question of Patentability Raised by Stemple in view of Alderborn .................................................... 410

d.   Claims 8 and 9 are obvious over Stemple in view of Alderborn under 35 U.S.C. § 103 .............................................. 411

5.   Substantial New Question of Patentability 45:  Claims 1, 2 and 7 of the '656 are obvious over Stemple in view of Delcher under 35 U.S.C. § 103 ................................................................................. 419

a.   Overview of Stemple in view of Delcher..................................... 419

b.   Reason to Combine Stemple and Delcher.................................... 419

c.    Substantial New Question of Patentability Raised by Stemple in view of Delcher............................................................. 420

d.    Claims 1, 2, and 7 are obvious over Stemple in view of Delcher under 35 U.S.C. § 103 ................................................. 420

6.    Substantial New Question of Patentability 46: Claims 1 and 7 of the '656 are obvious over Stemple in view of Altshuler under 35 U.S.C. § 103 ................................................................ 427

    a.    Overview of Stemple in view of Altshuler.................................. 427

    b.    Reason to Combine Stemple and Altshuler................................ 427

    c.    Substantial New Question of Patentability Raised by Stemple in view of Altshuler......................................................... 428

    d.    Claims 1 and 7 are obvious over Stemple in view of Altshuler under 35 U.S.C. § 103 ............................................... 428

7.    Substantial New Question of Patentability 47: Claims 1 and 2 of the '656 are obvious over Stemple in view of Bentley I under 35 U.S.C. § 103 ................................................................ 435

    a.    Overview of Stemple in view of Bentley I.................................. 435

    b.    Reason to Combine Stemple and Bentley I................................ 436

    c.    Substantial New Question of Patentability Raised by Stemple in view of Bentley I......................................................... 436

    d.    Claims 1 and 2 are obvious over Stemple in view of Bentley I under 35 U.S.C. § 103 ................................................. 437

8.    Substantial New Question of Patentability 48: Claims 1 and 2 of the '656 are obvious over Stemple in view of Bentley II under 35 U.S.C. § 103 ................................................................ 442

    a.    Overview of Stemple in view of Bentley II ................................ 442

    b.    Reason to Combine Stemple and Bentley II ............................... 442

    c.    Substantial New Question of Patentability Raised by Stemple in view of Bentley II ....................................................... 442

    d.    Claims 1 and 2 are obvious over Stemple in view of Bentley II under 35 U.S.C. § 103 ................................................ 443

O.    Substantial New Questions of Patentability 49-55: Claims 1-9 of the '656 patent are obvious over Gunderson under 35 U.S.C. § 103 ................. 448

1.    Substantial New Question of Patentability 49: Claims 1 and 2 are obvious over Gunderson in view of Weber under 35 U.S.C. § 103........ 448

    a.    Overview of Gunderson in view of Weber ................................. 448

    b.    Reason to Combine Gunderson and Weber ................................ 448

c.    Substantial New Question of Patentability Raised by Gunderson in view of Weber .......................................................... 448

d.    Claims 1 and 2 are obvious over Gunderson in view of Weber under 35 U.S.C. § 103 ...................................................... 449

2.    Substantial New Question of Patentability 50: Claims 1 and 2 are obvious over Gunderson in view of Bentley I under 35 U.S.C. § 103 ............................................................................................................ 454

a.    Overview of Gunderson in view of Bentley I ............................. 454

b.    Reason to Combine Gunderson and Bentley I ............................ 454

c.    Substantial New Question of Patentability Raised by Gunderson in view of Bentley I .................................................... 454

d.    Claims 1 and 2 are obvious over Gunderson in view of Bentley I under 35 U.S.C. § 103 ................................................. 455

3.    Substantial New Question of Patentability 51: Claims 3-6, 8 and 9 of the '656 are obvious over Gunderson in view of Rosenthal under 35 U.S.C. § 103 ............................................................................ 460

a.    Overview of Gunderson in view of Rosenthal ............................ 460

b.    Reason to Combine Gunderson and Rosenthal ........................... 460

c.    Substantial New Question of Patentability Raised by Gunderson in view of Rosenthal .................................................. 461

d.    Claims 3-6, 8 and 9 are obvious over Gunderson in view of Rosenthal under 35 U.S.C. § 103 ................................................ 462

4.    Substantial New Question of Patentability 52: Claims 1, 2 and 7 of the '656 are obvious over Gunderson in view of Delcher under 35 U.S.C. § 103 ............................................................................................. 470

a.    Overview of Gunderson in view of Delcher ................................ 470

b.    Reason to Combine Gunderson and Delcher ............................... 470

c.    Substantial New Question of Patentability Raised by Gunderson in view of Delcher .................................................... 470

d.    Claims 1, 2 and 7 are obvious over Gunderson in view of Delcher under 35 U.S.C. § 103 .................................................... 471

5.    Substantial New Question of Patentability 53: Claims 1 and 7 of the '656 are obvious over Gunderson in view of Altshuler under 35 U.S.C. § 103 ............................................................................................ 477

a.    Overview of Gunderson in view of Altshuler ............................ 477

b.    Reason to Combine Gunderson and Altshuler ............................ 477

c.    Substantial New Question of Patentability Raised by Gunderson in view of Altshuler .................................................. 478

d.    Claims 1 and 7 are obvious over Gunderson in view of
      Altshuler under 35 U.S.C. § 103 ................................................ 478

6.    Substantial New Question of Patentability 54:  Claims 1 and 2 of
      the '656 are obvious over Gunderson in view of Bentley II under
      35 U.S.C. § 103 .................................................................................... 485

      a.    Overview of Gunderson in view of Bentley II ............................ 485

      b.    Reason to Combine Gunderson and Bentley II ........................... 485

      c.    Substantial New Question of Patentability Raised by
            Gunderson in view of Bentley II ................................................. 485

      d.    Claims 1 and 2 are obvious over Gunderson in view of
            Bentley II under 35 U.S.C. § 103 ............................................... 486

7.    Substantial New Question of Patentability 55:  Claims 3-6 of the
      '656 are obvious over Gunderson in view of Cheeseman under 35
      U.S.C. § 103 ......................................................................................... 491

      a.    Overview of Gunderson in view of Cheeseman .......................... 491

      b.    Reason to Combine Gunderson and Cheeseman ......................... 491

      c.    Substantial New Question of Patentability Raised by
            Gunderson in view of Cheeseman ............................................... 492

      d.    Claims 3-6 are obvious over Gunderson in view of
            Cheeseman under 35 U.S.C. § 103 ............................................. 492

VII.  CONCLUSION ........................................................................................... 497

Date:  March 5, 2010                    Respectfully submitted,

By: _____
Margaret J. Sampson
USPTO Registration No.: 47,052
Attorney for Requester

498

# EXHIBIT 30

# Vinson&Elkins

Margaret J. Sampson  msampson@velaw.com
Tel 512.542.8569  Fax 512.236.3264

February 19, 2010

**CENTRAL REEXAMINATION UNIT (CRU)**
**ATTN:  MAIL STOP *INTER PARTES* REEXAM**
Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Re:  U.S. Patent No. 6,831,994, entitled "System and Apparatus for Sequential Processing
of Analytes" [Appl. No. 09/908,130]; Control Number: 95/000,529
Our Ref: INV850/36024/4-048REUS

Dear Sirs:

Enclosed please find the following:

- Replacement Request for *Inter Partes* Reexamination of U.S. Patent No.
6,831,994 [Appl. No. 09/908,130]

- Replacement Exhibit PA-SB/08A — USPTO Form SB/08A with references;

- Replacement Exhibits PA-A — PA-P;

- Replacement Exhibits PAT-A — PAT-C;

- Replacement Exhibits CC-A — CC-G-13;

- Replacement Exhibits OTH-A — OTH-L;

- Power of Attorney; and

- A return postcard to acknowledge receipt of these documents.  Please date
stamp and mail this postcard.

Regarding Replacement Exhibit PA-SB/08A, one of the references listed on Exhibit
PA-SB/08A originally filed January 29, 2010, U.S. Patent No. 5,599,668 (Stimpson et al.),
has been deleted from Replacement Exhibit PA-SB/08A.

A fee of $8,800, pursuant to 37 C.F.R. § 1.20(c)(2), was believed paid with the
original request filed January 29, 2010; which the Commissioner was authorized to deduct
from VINSON & ELKINS L.L.P. Deposit Account Number 22-0365/INV850/36024.  If any

V&E

additional fees are due or if an overpayment has been made, the Commissioner is authorized to deduct or credit the proper amount to VINSON & ELKINS L.L.P. Deposit Account Number 22-0365/INV850/36024/4-048REUS.

Respectfully submitted,

*Margaret Sampson*

Margaret J. Sampson
Registration No.: 47,052
Attorney for Requester

001864:3058
Enclosures

cc:    Marya Breig, Docket Coordinator, V&E

US 276994v.1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In Re U.S. Patent of: | § | |
| | § | |
| John Bridgham, *et al.* | § | Examiner:  Unknown |
| | § | |
| Patent No.:  6,831,994 B2 | § | Group Art Unit:  Unknown |
| | § | |
| Issued:  December 14, 2004 | § | Appl. No. 95/000,529 |
| | § | |
| For:  SYSTEM AND APPARATUS | § | |
| FOR SEQUENTIAL | § | Atty Docket No.:  INV850/36024/ |
| PROCESSING OF | § | 4-04REUS |
| ANALYTES | § | |
| | § | |
| | § | |

**MAIL STOP *INTER PARTES* REEXAM**
ATTN: Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## REPLACEMENT REQUEST FOR INTER PARTES REEXAMINATION

## OF U.S. PATENT NO. 6,831,994 B2

Dear Sir:

Pursuant to 37 C.F.R. § 1.915(b)(8), the Real Party in Interest, Life Technologies Corporation ("Requester"), hereby respectfully requests reexamination pursuant to 35 U.S.C. §§ 311 *et seq.* and 37 C.F.R. §§ 1.902 *et seq.* of Claims 1-4 of U.S. Patent No. 6,831,994 ("the '994 patent") (Exhibit PAT-A) filed July 17, 2001 and issued December 14, 2004 to Bridgham *et al.* The '994 patent was originally examined by Examiner Jayanti K. Patel.

Requester informs the Examiner that the '994 patent is involved in litigation in the United States District Court for the District of Delaware, No. 1:09-cv-00706-RK.

In accordance with 37 C.F.R. § 1.915(a) and pursuant to 37 C.F.R. § 1.20(c)(2), the Commissioner deducted a fee of $8,800 from VINSON & ELKINS L.L.P. Deposit Account Number 22-0365/INV850-36024 with submission of the original Request on January 29, 2010. If any additional fees are due or if an overpayment has been made, the Commissioner is authorized to deduct or credit the proper amount to VINSON & ELKINS L.L.P. Deposit Account Number 22-0365/INV850/36024/4-048REUS.

## TABLE OF CONTENTS

I. STATEMENT UNDER 37 C.F.R. § 1.915(B)(3) OF EACH SUBSTANTIAL NEW QUESTION OF PATENTABILITY ............................................................ 1

II. RELATED CO-PENDING LITIGATION ................................................................ 3

III. REQUIREMENTS FOR *INTER PARTES* REEXAMINATION UNDER 37 C.F.R. § 1.915 ................................................................................................ 4

IV. OVERVIEW OF THE U.S. PATENT NO. 6,831,994 AND SUBSTANTIAL NEW QUESTIONS OF PATENTABILITY .............................................................. 5

    A.    Summary of the '994 patent ............................................................................ 5

    B.    Summary of the Prosecution History Related to the '994 Patent ............................. 7

            1.    July 17, 2001 Filing and Preliminary Amendment ......................... 7

            2.    January 13, 2003 Office Action ................................................... 8

            3.    April 11, 2003 Response ............................................................ 9

            4.    July 24, 2003 Final Office Action .............................................. 10

            5.    December 19, 2003 Request for Continued Prosecution ................... 10

            6.    March 3, 2003 Notice of Allowability ........................................ 12

    C.    Summary of the Reexamination Related to the '994 Patent ................................ 12

    D.    Claim Construction ...................................................................................... 12

    E.    Summary of the Relevant Prior Art Upon Which Reexamination is Requested ................................................................................................ 14

            1.    Intl. Publ. No. WO 96/12014 ("the '014 publication") Anticipates and Renders Obvious the Claims of the '994 Patent ...................... 15

            2.    U.S. Pat. No. 6,057,150 ("the '150 patent") Anticipates and Renders Obvious the Claims of the '994 Patent ............................ 18

            3.    Schmidt *et al.*, J. Cell Biology, 123(4):997-991 (1993) ("Schmidt") Anticipates Claims 1 and 3-4 and Renders Obvious the Claims of the '994 Patent ....................................................... 20

            4.    Gelles *et al.*, Nature, 331:450-453 (1988) ("Gelles") Renders Obvious the Claims of the '994 Patent ........................................ 22

            5.    Wilson *et al.*, J. Cell Science, 109:2101-2109 (1996) ("Wilson") Renders Obvious the Claims of the '994 Patent ............................ 24

            6.    Dow *et al.*, J. Cell Science, 87:171-182 (1987) ("Dow") Renders Obvious the Claims of the '994 Patent ........................................ 26

7.  NIH Image Version 1.58 Manual ("the NIH Image Manual")
    Renders Obvious the Claims of the '994 Patent ........................................ 27

8.  U.S. Pat. No. 6,151,405 ("the '405 patent") Renders Obvious the
    Claims of the '994 Patent .......................................................................... 29

9.  U.S. Pat. No. 5,415,839 ("the '839 patent") Renders Obvious the
    Claims of the '994 Patent .......................................................................... 30

10. Wernet and Pline, Experiments in Fluids, 15:295-307 (1993)
    ("Wernet") Renders Obvious the Claims of the '994 Patent .................... 32

11. U.S. Pat. No. 5,556,764 ("the '764 patent") Renders Obvious the
    Claims of the '994 Patent .......................................................................... 33

12. Intl. Publ. No. WO 97/43611 ("the '611 publication") Renders
    Obvious the Claims of the '994 Patent ...................................................... 34

13. DiMilla *et al.*, J. Cell Biology, 122(3):729-737 (1993) ("DiMilla")
    Renders Obvious the Claims of the '994 Patent ........................................ 36

14. U.S. Pat. No. 5,257,182 ("the '182 patent") Renders Obvious the
    Claims of the '994 Patent .......................................................................... 37

15. U.S. Pat. No. 6,122,396 ("the '396 patent") Renders Obvious the
    Claims of the '994 Patent .......................................................................... 39

16. Brandiss and Margel, Langmuir, 9:1232-1240 (1993) ("Brandiss")
    Renders Obvious the Claims of the '994 Patent ........................................ 41

V.  STATEMENT POINTING OUT SUBSTANTIAL NEW QUESTIONS OF
    PATENTABILITY ........................................................................................................ 42

A.  Substantial new question of patentability 1: the '014 publication
    anticipates Claims 1-4 of the '994 patent under 35 U.S.C. § 102 ......................... 42

    1.  Overview of the '014 publication ............................................................... 42

    2.  Substantial New Question of Patentability Raised by the '014
        publication .................................................................................................. 42

    3.  Claims 1-4 are Anticipated under 35 U.S.C. § 102(b) Based on the
        '014 publication .......................................................................................... 43

B.  Substantial new question of patentability 2: the '150 patent anticipates
    Claims 1-4 of the '994 patent under 35 U.S.C. § 102 ............................................ 47

    1.  Overview of the '150 patent ........................................................................ 47

    2.  Substantial New Question of Patentability Raised by the '150
        patent ........................................................................................................... 47

    3.  Claims 1-4 are Anticipated under 35 U.S.C. § 102(e) Based on the
        '150 patent ................................................................................................... 48

C.  Substantial new question of patentability 3: Schmidt anticipates Claims 1
    and 3-4 of the '994 patent under 35 U.S.C. § 102 .................................................. 51

1. Overview of Schmidt ................................................................................ 51

2. Substantial New Question of Patentability Raised by Schmidt ............... 51

3. Claims 1 and 3-4 are Anticipated under 35 U.S.C. § 102(b) Based on Schmidt............................................................................................. 52

D. Substantial new questions of patentability 4-22: Claims 1-4 of the '994 patent are obvious over Gelles under 35 U.S.C. § 103 ......................... 54

1. Substantial new question of patentability 4: Claims 1-4 of the '994 patent are obvious over Gelles under 35 U.S.C. § 103 ............................. 54

a. Overview of Gelles........................................................... 54

b. Substantial New Question of Patentability Raised by Gelles ....... 55

c. Claims 1-4 are Obvious over Gelles under 35 U.S.C. § 103 ........ 55

2. Substantial new question of patentability 5: Claims 1-4 of the '994 patent are obvious over Gelles in view of the '014 publication under 35 U.S.C. § 103 ................................................................... 58

a. Overview of Gelles in view of the '014 publication .................... 58

b. Reason to Combine Gelles and the '014 publication .................... 59

c. Substantial New Question of Patentability Raised by Gelles in view of the '014 publication ....................................................... 59

d. Claims 1-4 are Obvious over Gelles in view of the '014 publication under 35 U.S.C. § 103 .............................................. 60

3. Substantial new question of patentability 6: Claims 1-4 of the '994 patent are obvious over Gelles in view of the '150 patent under 35 U.S.C. § 103 ................................................................................. 66

a. Overview of Gelles in view of the '150 patent ............................ 66

b. Reason to Combine Gelles and the '150 patent ........................... 67

c. Substantial New Question of Patentability Raised by Gelles in view of the '150 patent............................................................. 67

d. Claims 1-4 are Obvious over Gelles in view of the '150 patent under 35 U.S.C. § 103 ........................................................ 68

4. Substantial new question of patentability 7: Claims 1-4 of the '994 patent are obvious over Gelles in view of Schmidt under 35 U.S.C. § 103 ............................................................................................. 73

a. Overview of Gelles in view of Schmidt........................................ 73

b. Reason to Combine Gelles and Schmidt........................................ 74

c. Substantial New Question of Patentability Raised by Gelles in view of Schmidt ......................................................................... 74

        d.     Claims 1–4 are Obvious over Gelles in view of Schmidt
             under 35 U.S.C. § 103 ................................................................. 75

5.    Substantial new question of patentability 8: Claims 1–4 of the '994
    patent are obvious over Gelles in view of the '405 patent under 35
    U.S.C. § 103 ............................................................................. 80

        a.     Overview of Gelles in view of the '405 patent ............................. 80

        b.     Reason to Combine Gelles and the '405 patent ............................ 80

        c.     Substantial New Question of Patentability Raised by Gelles
             in view of the '405 patent.............................................................. 81

        d.     Claims 1-4 are Obvious over Gelles in view of the '405
             patent under 35 U.S.C. § 103 ...................................................... 82

6.    Substantial new question of patentability 9: Claims 1-4 of the '994
    patent are obvious over Gelles in view of the '611 publication
    under 35 U.S.C. § 103 ............................................................... 85

        a.     Overview of Gelles in view of the '611 publication ..................... 85

        b.     Reason to Combine Gelles and the '611 publication .................... 86

        c.     Substantial New Question of Patentability Raised by Gelles
             in view of the '611 publication .................;..................................... 86

        d.     Claims 1-4 are Obvious over Gelles in view of the '611
             publication under 35 U.S.C. § 103 ............................................... 87

7.    Substantial new question of patentability 10: Claims 1-4 of the
    '994 patent are obvious over Gelles in view of the '396 patent
    under 35 U.S.C. § 103 ............................................................... 91

        a.     Overview of Gelles in view of the '396 patent ............................. 91

        b.     Reason to Combine Gelles and the '396 patent ............................ 92

        c.     Substantial New Question of Patentability Raised by Gelles
             in view of the '396 patent.............................................................. 92

        d.     Claims 1-4 are Obvious over Gelles in view of the '396
             patent under 35 U.S.C. § 103 ...................................................... 93

8.    Substantial new question of patentability 11: Claims 1-4 of the
    '994 patent are obvious over Gelles in view of the '182 patent
    under 35 U.S.C. § 103 ............................................................... 96

        a.     Overview of Gelles in view of the '182 patent ............................. 96

        b.     Reason to Combine Gelles and the '182 patent ............................ 97

        c.     Substantial New Question of Patentability Raised by Gelles
             in view of the '182 patent.............................................................. 97

        d.     Claims 1–4 are Obvious over Gelles in view of the '182
             patent under 35 U.S.C. § 103 ...................................................... 98

9.     Substantial new question of patentability 12: Claims 1-4 of the
'994 patent are obvious over Gelles in view of the '764 patent
under 35 U.S.C. § 103 ................................................................ 102

    a.     Overview of Gelles in view of the '764 patent ........................... 102

    b.     Reason to Combine Gelles and the '764 patent .......................... 103

    c.     Substantial New Question of Patentability Raised by Gelles
in view of the '764 patent................................................................ 103

    d.     Claims 1-4 are Obvious over Gelles in view of the '764 ·
patent under 35 U.S.C. § 103 ....................................................... 104

10.     Substantial new question of patentability 13: Claims 1-4 of the
'994 patent are obvious over Gelles in view of DiMilla under 35
U.S.C. § 103 ................................................................................ 107

    a.     Overview of Gelles in view of DiMilla....................................... 107

    b.     Reason to Combine Gelles and DiMilla...................................... 108

    c.     Substantial New Question of Patentability Raised by Gelles
in view of DiMilla............................................................................ 108

    d.     Claims 1-4 are Obvious over Gelles in view of DiMilla
under 35 U.S.C. § 103 ................................................................. 109

11.     Substantial new question of patentability 14: Claims 1-4 of the
'994 patent are obvious over Gelles in view of Dow under 35
U.S.C. § 103 ................................................................................ 113

    a.     Overview of Gelles in view of Dow............................................ 113

    b.     Reason to Combine Gelles and Dow............................................ 113

    c.     Substantial New Question of Patentability Raised by Gelles
in view of Dow.................................................................................. 114

    d.     Claims 1-4 are Obvious over Gelles in view of Dow under
35 U.S.C. § 103 .......................................................................... 115

12.     Substantial new question of patentability 15: Claims 1-4 of the
'994 patent are obvious over Gelles in view of the NIH Image
Manual under 35 U.S.C. § 103 ..................................................... 119

    a.     Overview of Gelles in view of the NIH Image Manual .............. 119

    b.     Reason to Combine Gelles and the NIH Image Manual ............. 119

    c.     Substantial New Question of Patentability Raised by Gelles
in view of the NIH Image Manual ............................................... 120

    d.     Claims 1-4 are Obvious over Gelles in view of the NIH
Image Manual under 35 U.S.C. § 103......................................... 121

13.    Substantial new question of patentability 16: Claims 1-4 of the
       '994 patent are obvious over Gelles in view of Wernet under 35
       U.S.C. § 103 ........................................................................................ 124

       a.    Overview of Gelles in view of Wernet........................................ 124

       b.    Reason to Combine Gelles and Wernet....................................... 124

       c.    Substantial New Question of Patentability Raised by Gelles
             in view of Wernet........................................................................ 125

       d.    Claims 1-4 are Obvious over Gelles in view of Wernet
             under 35 U.S.C. § 103 ................................................................ 126

14.    Substantial new question of patentability 17: Claims 1-4 of the
       '994 patent are obvious over Gelles in view of Wilson under 35
       U.S.C. § 103 ........................................................................................ 129

       a.    Overview of Gelles in view of Wilson........................................ 129

       b.    Reason to Combine Gelles and Wilson....................................... 130

       c.    Substantial New Question of Patentability Raised by Gelles
             in view of Wilson........................................................................ 130

       d.    Claims 1-4 are Obvious over Gelles in view of Wilson
             under 35 U.S.C. § 103 ................................................................ 131

15.    Substantial new question of patentability 18: Claims 1-4 of the
       '994 patent are obvious over Gelles in view of Brandiss under 35
       U.S.C. § 103 ........................................................................................ 135

       a.    Overview of Gelles in view of Brandiss ..................................... 135

       b.    Reason to Combine Gelles and Brandiss ..................................... 136

       c.    Substantial New Question of Patentability Raised by Gelles
             in view of Brandiss...................................................................... 136

       d.    Claims 1-4 are Obvious over Gelles in view of Brandiss
             under 35 U.S.C. § 103 ................................................................ 137

16.    Substantial new question of patentability 19: Claims 1-4 of the
       '994 patent are obvious over Gelles in view of the '014 publication
       and Brandiss under 35 U.S.C. § 103 .................................................... 140

       a.    Overview of Gelles in view of the '014 publication and
             Brandiss........................................................................................ 140

       b.    Reason to Combine Gelles, the '014 publication, and
             Brandiss........................................................................................ 141

       c.    Substantial New Question of Patentability Raised by Gelles
             in view of the '014 publication and Brandiss.............................. 142

       d.    Claims 1-4 are Obvious over Gelles in view of the '014
             publication and Brandiss under 35 U.S.C. § 103 ........................ 143

17. Substantial new question of patentability 20: Claims 1-4 of the '994 patent are obvious over Gelles in view of the '150 patent and Brandiss under 35 U.S.C. § 103 ............................................................ 149

    a. Overview of Gelles in view of the '150 patent and Brandiss...... 149

    b. Reason to Combine Gelles, the '150 patent, and Brandiss ......... 149

    c. Substantial New Question of Patentability Raised by Gelles in view of the '150 patent and Brandiss...................................... 150

    d. Claims 1-4 are Obvious over Gelles in view of the '150 patent and Brandiss under 35 U.S.C. § 103 ................................ 151

18. Substantial new question of patentability 21: Claims 1-4 of the '994 patent are obvious over Gelles in view of Schmidt and Brandiss under 35 U.S.C. § 103 ............................................................ 156

    a. Overview of Gelles in view of Schmidt and Brandiss ................ 156

    b. Reason to Combine Gelles, Schmidt, and Brandiss..................... 157

    c. Substantial New Question of Patentability Raised by Gelles in view of Schmidt and Brandiss.................................. 157

    d. Claims 1-4 are Obvious over Gelles in view of Schmidt and Brandiss under 35 U.S.C. § 103 .................................. 158

19. Substantial new question of patentability 22: Claims 1-4 of the '994 patent are obvious over Gelles in view of the '405 patent and Brandiss under 35 U.S.C. § 103 ............................................................ 163

    a. Overview of Gelles in view of the '405 patent and Brandiss...... 163

    b. Reason to Combine Gelles, the '405 patent, and Brandiss ......... 164

    c. Substantial New Question of Patentability Raised by Gelles in view of the '405 patent and Brandiss...................................... 164

    d. Claims 1-4 are Obvious over Gelles in view of the '405 patent and Brandiss under 35 U.S.C. § 103 ................................ 165

E. Substantial new questions of patentability 23-38: Claims 1-4 of the '994 patent are obvious over the '014 publication under 35 U.S.C. § 103 ................ 169

1. Substantial new question of patentability 23: Claims 1-4 of the '994 patent are obvious over the '014 publication in view of the '150 patent under 35 U.S.C. § 103 .......................................................... 169

    a. Overview of the '014 publication in view of the '150 patent ..... 169

    b. Reason to Combine the '014 publication and the '150 patent ......................................................................................... 170

    c. Substantial New Question of Patentability Raised by the '014 publication in view of the '150 patent ................................. 170

d.    Claims 1-4 are Obvious over the '014 publication in view of the '150 patent under 35 U.S.C. § 103 ...................................... 171

2.    <u>Substantial new question of patentability 24</u>: Claims 1-4 of the '994 patent are obvious over the '014 publication in view of Schmidt under 35 U.S.C. § 103 .............................................. 177

    a.    Overview of the '014 publication in view of Schmidt ............... 177

    b.    Reason to Combine the '014 publication and Schmidt .............. 178

    c.    Substantial New Question of Patentability Raised by the '014 publication in view of Schmidt ........................................... 178

    d.    Claims 1-4 are Obvious over the '014 publication in view of Schmidt under 35 U.S.C. § 103 ............................................. 179

3.    <u>Substantial new question of patentability 25</u>: Claims 1-4 of the '994 patent are obvious over the '014 publication in view of the '405 patent under 35 U.S.C. § 103 ......................................... 184

    a.    Overview of the '014 publication in view of the '405 patent ..... 184

    b.    Reason to Combine the '014 publication and the '405 patent ...................................................................................... 185

    c.    Substantial New Question of Patentability Raised by the '014 publication in view of the '405 patent ................................. 185

    d.    Claims 1-4 are Obvious over the '014 publication in view of the '405 patent under 35 U.S.C. § 103 .................................... 186

4.    <u>Substantial new question of patentability 26</u>: Claims 1-4 of the '994 patent are obvious over the '014 publication in view of the '611 publication under 35 U.S.C. § 103 ................................. 191

    a.    Overview of the '014 publication in view of the '611 publication ............................................................................... 191

    b.    Reason to Combine the '014 publication and the '611 publication ............................................................................... 191

    c.    Substantial New Question of Patentability Raised by the '014 publication in view of the '611 publication ........................ 192

    d.    Claims 1-4 are Obvious over the '014 publication in view of the '611 publication under 35 U.S.C. § 103 ............................ 193

5.    <u>Substantial new question of patentability 27</u>: Claims 1-4 of the '994 patent are obvious over the '014 publication in view of the '396 patent under 35 U.S.C. § 103 ......................................... 197

    a.    Overview of the '014 publication in view of the '396 patent ..... 197

    b.    Reason to Combine the '014 publication and the '396 patent ...................................................................................... 198

       c.     Substantial New Question of Patentability Raised by the '014 publication in view of the '396 patent ................................. 198

       d.     Claims 1-4 are Obvious over the '014 publication in view of the '396 patent under 35 U.S.C. § 103 .................................... 199

6.     Substantial new question of patentability 28: Claims 1-4 of the '994 patent are obvious over the '014 publication in view of the '182 patent under 35 U.S.C. § 103 ........................................................ 203

       a.     Overview of the '014 publication in view of the '182 patent ..... 203

       b.     Reason to Combine the '014 publication and the '182 patent .............................................................................................. 203

       c.     Substantial New Question of Patentability Raised by the '014 publication in view of the '182 patent ................................. 204

       d.     Claims 1-4 are Obvious over the '014 publication in view of the '182 patent under 35 U.S.C. § 103 .................................... 205

7.     Substantial new question of patentability 29: Claims 1-4 of the '994 patent are obvious over the '014 publication in view of the '764 patent under 35 U.S.C. § 103 ........................................................ 210

       a.     Overview of the '014 publication in view of the '764 patent ..... 210

       b.     Reason to Combine the '014 publication and the '764 patent .............................................................................................. 210

       c.     Substantial New Question of Patentability Raised by the '014 publication in view of the '764 patent ................................. 211

       d.     Claims 1-4 are Obvious over the '014 publication in view of the '764 patent under 35 U.S.C. § 103 .................................... 212

8.     Substantial new question of patentability 30: Claims 1-4 of the '994 patent are obvious over the '014 publication in view of DiMilla under 35 U.S.C. § 103 .............................................................. 216

       a.     Overview of the '014 publication in view of DiMilla ................. 216

       b.     Reason to Combine the '014 publication and DiMilla ................ 216

       c.     Substantial New Question of Patentability Raised by the '014 publication in view of DiMilla ............................................. 217

       d.     Claims 1-4 are Obvious over the '014 publication in view of DiMilla under 35 U.S.C. § 103 ................................................ 218

9.     Substantial new question of patentability 31: Claims 1-4 of the '994 patent are obvious over the '014 publication in view of Dow under 35 U.S.C. § 103 .......................................................................... 222

       a.     Overview of the '014 publication in view of Dow ...................... 222

       b.     Reason to Combine the '014 publication and Dow ..................... 223

c.     Substantial New Question of Patentability Raised by the '014 publication in view of Dow .................................................. 223

d.     Claims 1-4 are Obvious over the '014 publication in view of Dow under 35 U.S.C. § 103 .................................................. 224

10.     Substantial new question of patentability 32: Claims 1-4 of the '994 patent are obvious over the '014 publication in view of the NIH Image Manual under 35 U.S.C. § 103 ........................................... 229

a.     Overview of the '014 publication in view of the NIH Image Manual ......................................................................................... 229

b.     Reason to Combine the '014 publication and the NIH Image Manual .............................................................................. 229

c.     Substantial New Question of Patentability Raised by the '014 publication in view of the NIH Image Manual ................... 230

d.     Claims 1-4 are Obvious over the '014 publication in view of the NIH Image Manual under 35 U.S.C. § 103 ...................... 231

11.     Substantial new question of patentability 33: Claims 1-4 of the '994 patent are obvious over the '014 publication in view of Wernet under 35 U.S.C. § 103 ................................................................ 235

a.     Overview of the '014 publication in view of Wernet ................. 235

b.     Reason to Combine the '014 publication and Wernet ................. 235

c.     Substantial New Question of Patentability Raised by the '014 publication in view of Wernet ............................................. 236

d.     Claims 1-4 are Obvious over the '014 publication in view of Wernet under 35 U.S.C. § 103 ............................................... 237

12.     Substantial new question of patentability 34: Claims 1-4 of the '994 patent are obvious over the '014 publication in view of Wilson under 35 U.S.C. § 103 ................................................................. 241

a.     Overview of the '014 publication in view of Wilson ................. 241

b.     Reason to Combine the '014 publication and Wilson ................. 241

c.     Substantial New Question of Patentability Raised by the '014 publication in view of Wilson ............................................. 242

d.     Claims 1-4 are Obvious over the '014 publication in view of Wilson under 35 U.S.C. § 103 ................................................ 243

13.     Substantial new question of patentability 35: Claims 1-4 of the '994 patent are obvious over the '014 publication in view of Brandiss under 35 U.S.C. § 103 .............................................................. 248

a.     Overview of the '014 publication in view of Brandiss .............. 248

b.     Reason to Combine the '014 publication and Brandiss .............. 248

c.      Substantial New Question of Patentability Raised by the
        '014 publication in view of Brandiss ........................................... 249

d.      Claims 1-4 are Obvious over the '014 publication in view
        of Brandiss under 35 U.S.C. § 103 ............................................... 250

14.   Substantial new question of patentability 36: Claims 1-4 of the
      '994 patent are obvious over the '014 publication in view of the
      '150 patent and Brandiss under 35 U.S.C. § 103 .................................... 253

        a.      Overview of the '014 publication in view of the '150 patent
                and Brandiss .................................................................... 253

        b.      Reason to Combine the '014 publication, the '150 patent,
                and Brandiss .................................................................... 254

        c.      Substantial New Question of Patentability Raised by the
                '014 publication in view of the '150 patent and Brandiss ........... 255

        d.      Claims 1-4 are Obvious over the '014 publication in view
                of the '150 patent and Brandiss under 35 U.S.C. § 103 .............. 256

15.   Substantial new question of patentability 37: Claims 1-4 of the
      '994 patent are obvious over the '014 publication in view of
      Schmidt and Brandiss under 35 U.S.C. § 103 ........................................ 262

        a.      Overview of the '014 publication in view of Schmidt and
                Brandiss .......................................................................... 262

        b.      Reason to Combine the '014 publication, Schmidt, and
                Brandiss .......................................................................... 262

        c.      Substantial New Question of Patentability Raised by the
                '014 publication in view of Schmidt and Brandiss ..................... 263

        d.      Claims 1-4 are Obvious over the '014 publication in view
                of Schmidt and Brandiss under 35 U.S.C. § 103 ........................ 264

16.   Substantial new question of patentability 38: Claims 1-4 of the
      '994 patent are obvious over the '014 publication in view of the
      '405 patent and Brandiss under 35 U.S.C. § 103 .................................... 270

        a.      Overview of the '014 publication in view of the '405 patent
                and Brandiss .................................................................... 270

        b.      Reason to Combine the '014 publication, the '405 patent,
                and Brandiss .................................................................... 270

        c.      Substantial New Question of Patentability Raised by the
                '014 publication in view of the '405 patent and Brandiss ........... 271

        d.      Claims 1-4 are Obvious over the '014 publication in view
                of the '405 patent and Brandiss under 35 U.S.C. § 103 .............. 272

F.   Substantial new questions of patentability 39-53: Claims 1-4 of the '994
     patent are obvious over the '150 patent under 35 U.S.C. § 103 ...................... 277

1. Substantial new question of patentability 39: Claims 1-4 of the '994 patent are obvious over the '150 patent in view of Schmidt under 35 U.S.C. § 103 .......................................................................... 277

   a. Overview of the '150 patent in view of Schmidt ........................ 277

   b. Reason to Combine the '150 patent and Schmidt ...................... 277

   c. Substantial New Question of Patentability Raised by the '150 patent in view of Schmidt .................................................... 278

   d. Claims 1-4 are Obvious over the '150 patent in view of Schmidt under 35 U.S.C. § 103 .................................................... 279

2. Substantial new question of patentability 40: Claims 1-4 of the '994 patent are obvious over the '150 patent in view of the '405 patent under 35 U.S.C. § 103 .................................................................. 283

   a. Overview of the '150 patent in view of the '405 patent.............. 283

   b. Reason to Combine the '150 patent and the '405 patent............. 283

   c. Substantial New Question of Patentability Raised by the '150 patent in view of the '405 patent.......................................... 284

   d. Claims 1-4 are Obvious over the '150 patent in view of the '405 patent under 35 U.S.C. § 103 .............................................. 285

3. Substantial new question of patentability 41: Claims 1-4 of the '994 patent are obvious over the '150 patent in view of the '611 publication under 35 U.S.C. § 103 .......................................................... 289

   a. Overview of the '150 patent in view of the '611 publication ..... 289

   b. Reason to Combine the '150 patent and the '611 publication................................................................................... 289

   c. Substantial New Question of Patentability Raised by the '150 patent in view of the '611 publication ................................ 290

   d. Claims 1-4 are Obvious over the '150 patent in view of the '611 publication under 35 U.S.C. § 103 ...................................... 291

4. Substantial new question of patentability 42: Claims 1-4 of the '994 patent are obvious over the '150 patent in view of the '396 patent under 35 U.S.C. § 103 .................................................................. 294

   a. Overview of the '150 patent in view of the '396 patent.............. 294

   b. Reason to Combine the '150 patent and the '396 patent............. 294

   c. Substantial New Question of Patentability Raised by the '150 patent in view of the '396 patent.......................................... 295

   d. Claims 1-4 are Obvious over the '150 patent in view of the '396 patent under 35 U.S.C. § 103 .............................................. 296

5.    Substantial new question of patentability 43: Claims 1-4 of the '994 patent are obvious over the '150 patent in view of the '182 patent under 35 U.S.C. § 103 .................................................................. 299

    a.    Overview of the '150 patent in view of the '182 patent............. 299

    b.    Reason to Combine the '150 patent and the '182 patent............. 299

    c.    Substantial New Question of Patentability Raised by the '150 patent in view of the '182 patent.......................................... 300

    d.    · Claims 1-4 are Obvious over the '150 patent in view of the '182 patent under 35 U.S.C. § 103 ............................................... 301

6.    Substantial new question of patentability 44: Claims 1-4 of the '994 patent are obvious over the '150 patent in view of the '764 patent under 35 U.S.C. § 103 .................................................................. 305

    a.    Overview of the '150 patent in view of the '764 patent............. 305

    b.    Reason to Combine the '150 patent and the '764 patent............. 305

    c.    Substantial New Question of Patentability Raised by the '150 patent in view of the '764 patent.......................................... 306

    d.    Claims 1-4 are Obvious over the '150 patent in view of the '764 patent under 35 U.S.C. § 103 ............................................... 307

7.    Substantial new question of patentability 45: Claims 1-4 of the '994 patent are obvious over the '150 patent in view of DiMilla under 35 U.S.C. § 103 ............................................................................ 310

    a.    Overview of the '150 patent in view of DiMilla......................... 310

    b.    Reason to Combine the '150 patent and DiMilla........................ 310

    c.    Substantial New Question of Patentability Raised by the '150 patent in view of DiMilla...................................................... 311

    d.    Claims 1-4 are Obvious over the '150 patent in view of DiMilla under 35 U.S.C. § 103 .................................................. 312

8.    Substantial new question of patentability 46: Claims 1-4 of the '994 patent are obvious over the '150 patent in view of Dow under 35 U.S.C. § 103 ...................................................................................... 315

    a.    Overview of the '150 patent in view of Dow.............................. 315

    b.    Reason to Combine the '150 patent and Dow............................. 316

    c.    Substantial New Question of Patentability Raised by the '150 patent in view of Dow........................................................ 316

    d.    Claims 1-4 are Obvious over the '150 patent in view of Dow under 35 U.S.C. § 103 ........................................................ 317

9.   Substantial new question of patentability 47: Claims 1-4 of the
     '994 patent are obvious over the '150 patent in view of the NIH
     Image Manual under 35 U.S.C. § 103 ..................................................... 321

     a.   Overview of the '150 patent in view of the NIH Image
          Manual ....................................................................................... 321

     b.   Reason to Combine the '150 patent and NIH Image Manual ..... 321

     c.   Substantial New Question of Patentability Raised by the
          '150 patent in view of the NIH Image Manual ........................... 322

     d.   Claims 1-4 are Obvious over the '150 patent in view of the
          NIH Image Manual under 35 U.S.C. § 103 ................................. 323

10.  Substantial new question of patentability 48: Claims 1-4 of the
     '994 patent are obvious over the '150 patent in view of Wernet
     under 35 U.S.C. § 103 ............................................................................. 326

     a.   Overview of the '150 patent in view of Wernet ........................... 326

     b.   Reason to Combine the '150 patent and Wernet .......................... 326

     c.   Substantial New Question of Patentability Raised by the
          '150 patent in view of Wernet ..................................................... 327

     d.   Claims 1-4 are Obvious over the '150 patent in view of
          Wernet under 35 U.S.C. § 103 ..................................................... 328

11.  Substantial new question of patentability 49: Claims 1-4 of the
     '994 patent are obvious over the '150 patent in view of Wilson
     under 35 U.S.C. § 103 ............................................................................. 331

     a.   Overview of the '150 patent in view of Wilson ........................... 331

     b.   Reason to Combine the '150 patent and Wilson .......................... 331

     c.   Substantial New Question of Patentability Raised by the
          '150 patent in view of Wilson ..................................................... 332

     d.   Claims 1-4 are Obvious over the '150 patent in view of
          Wilson under 35 U.S.C. § 103 ..................................................... 333

12.  Substantial new question of patentability 50: Claims 1-4 of the
     '994 patent are obvious over the '150 patent in view of Brandiss
     under 35 U.S.C. § 103 ............................................................................. 337

     a.   Overview of the '150 patent in view of Brandiss ........................ 337

     b.   Reason to Combine the '150 patent and Brandiss ....................... 337

     c.   Substantial New Question of Patentability Raised by the
          '150 patent in view of Brandiss ................................................... 337

     d.   Claims 1-4 are Obvious over the '150 patent in view of
          Brandiss under 35 U.S.C. § 103 ................................................... 338

13. Substantial new question of patentability 51: Claims 1-4 of the '994 patent are obvious over the '150 patent in view of Schmidt and Brandiss under 35 U.S.C. § 103 ...................................................... 341

    a. Overview of the '150 patent in view of Schmidt and Brandiss ..................................................................................... 341

    b. Reason to Combine the '150 patent, Schmidt and Brandiss ....... 342

    c. Substantial New Question of Patentability Raised by the '150 patent in view of Schmidt and Brandiss ............................. 342

    d. Claims 1-4 are Obvious over the '150 patent in view of Schmidt and Brandiss under 35 U.S.C. § 103 .............................. 343

14. Substantial new question of patentability 52: Claims 1-4 of the '994 patent are obvious over the '150 patent in view of the '405 patent and Brandiss under 35 U.S.C. § 103 ........................................... 348

    a. Overview of the '150 patent in view of the '405 patent and Brandiss ..................................................................................... 348

    b. Reason to Combine the '150 patent, the '405 patent and Brandiss ..................................................................................... 348

    c. Substantial New Question of Patentability Raised by the '150 patent in view of the '405 patent and Brandiss ................... 349

    d. Claims 1-4 are Obvious over the '150 patent in view of the '405 patent and Brandiss under 35 U.S.C. § 103 ........................ 350

15. Substantial new question of patentability 53: Claims 1-4 of the '994 patent are obvious over the '150 patent in view of the '839 patent under 35 U.S.C. § 103 .................................................................... 354

    a. Overview of the '150 patent in view of the '839 patent.............. 354

    b. Reason to Combine the '150 patent and the '839 patent............. 354

    c. Substantial New Question of Patentability Raised by the '150 patent in view of the '839 patent......................................... 355

    d. Claims 1-4 are Obvious over the '150 patent in view of the '839 patent under 35 U.S.C. § 103.............................................. 356

G. Substantial new questions of patentability 54-66: Claims 1-4 of the '994 patent are obvious over Schmidt under 35 U.S.C. § 103 .................................... 359

1. Substantial new question of patentability 54: Claims 1 and 3-4 of the '994 patent are obvious over Schmidt in view of the '405 patent under 35 U.S.C. § 103 .................................................................... 360

    a. Overview of Schmidt in view of the '405 patent ........................ 360

    b. Reason to Combine Schmidt and the '405 patent ....................... 360

          c.     Substantial New Question of Patentability Raised by Schmidt in view of the '405 patent ............................................. 361

          d.     Claims 1 and 3-4 are Obvious over Schmidt in view of the '405 patent under 35 U.S.C. § 103 ............................................. 362

2.     Substantial new question of patentability 55: Claims 1 and 3-4 of the '994 patent are obvious over Schmidt in view of the '611 publication under 35 U.S.C. § 103 ........................................................... 365

          a.     Overview of Schmidt in view of the '611 publication ................ 365

          b.     Reason to Combine Schmidt and the '611 publication ............... 365

          c.     Substantial New Question of Patentability Raised by Schmidt in view of the '611 publication ..................................... 366

          d.     Claims 1 and 3-4 are Obvious over Schmidt in view of the '611 publication under 35 U.S.C. § 103 ....................................... 367

3.     Substantial new question of patentability 56: Claims 1 and 3-4 of the '994 patent are obvious over Schmidt in view of the '396 patent under 35 U.S.C. § 103 ................................................................... 370

          a.     Overview of Schmidt in view of the '396 patent ........................ 370

          b.     Reason to Combine Schmidt and the '396 patent ....................... 370

          c.     Substantial New Question of Patentability Raised by Schmidt in view of the '396 patent ............................................. 371

          d.     Claims 1 and 3-4 are Obvious over Schmidt in view of the '396 patent under 35 U.S.C. § 103 ............................................. 372

4.     Substantial new question of patentability 57: Claims 1 and 3-4 of the '994 patent are obvious over Schmidt in view of the '182 patent under 35 U.S.C. § 103 ................................................................... 375

          a.     Overview of Schmidt in view of the '182 patent ........................ 375

          b.     Reason to Combine Schmidt and the '182 patent ....................... 375

          c.     Substantial New Question of Patentability Raised by Schmidt in view of the '182 patent ............................................. 375

          d.     Claims 1 and 3-4 are Obvious over Schmidt in view of the '182 patent under 35 U.S.C. § 103 ............................................. 376

5.     Substantial new question of patentability 58: Claims 1 and 3-4 of the '994 patent are obvious over Schmidt in view of the '764 patent under 35 U.S.C. § 103 ................................................................... 380

          a.     Overview of Schmidt in view of the '764 patent ........................ 380

          b.     Reason to Combine Schmidt and the '764 patent ....................... 380

          c.     Substantial New Question of Patentability Raised by Schmidt in view of the '764 patent ............................................. 381

d.     Claims 1 and 3-4 are Obvious over Schmidt in view of the '764 patent under 35 U.S.C. § 103 ............................................... 382

6.     Substantial new question of patentability 59: Claims 1 and 3-4 of the '994 patent are obvious over Schmidt in view of DiMilla under 35 U.S.C. § 103 ...................................................................................... 385

a.     Overview of Schmidt in view of DiMilla..................................... 385

b.     Reason to Combine Schmidt and DiMilla.................................... 385

c.     Substantial New Question of Patentability Raised by Schmidt in view of DiMilla......................................................... 385

d.     Claims 1 and 3-4 are Obvious over Schmidt in view of DiMilla under 35 U.S.C. § 103 ..................................................... 386

7.     Substantial new question of patentability 60: Claims 1 and 3-4 of the '994 patent are obvious over Schmidt in view of Dow under 35 U.S.C. § 103 .......................................................................................... 390

a.     Overview of Schmidt in view of Dow ......................................... 390

b.     Reason to Combine Schmidt and Dow ........................................ 390

c.     Substantial New Question of Patentability Raised by Schmidt in view of Dow............................................................... 391

d.     Claims 1 and 3-4 are Obvious over Schmidt in view of Dow under 35 U.S.C. § 103 ......................................................... 392

8.     Substantial new question of patentability 61: Claims 1 and 3-4 of the '994 patent are obvious over Schmidt in view of the NIH Image Manual under 35 U.S.C. § 103 ...................................................... 395

a.     Overview of Schmidt in view of the NIH Image Manual ........... 395

b.     Reason to Combine Schmidt and NIH Image Manual ................ 395

c.     Substantial New Question of Patentability Raised by Schmidt in view of the NIH Image Manual ................................ 396

d.     Claims 1 and 3-4 are Obvious over Schmidt in view of the NIH Image Manual under 35 U.S.C. § 103................................... 397

9.     Substantial new question of patentability 62: Claims 1 and 3-4 of the '994 patent are obvious over Schmidt in view of Wernet under 35 U.S.C. § 103 ...................................................................................... 400

a.     Overview of Schmidt in view of Wernet ..................................... 400

b.     Reason to Combine Schmidt and Wernet .................................... 400

c.     Substantial New Question of Patentability Raised by Schmidt in view of Wernet............................................................ 401

d.     Claims 1 and 3-4 are Obvious over Schmidt in view of Wernet under 35 U.S.C. § 103 ..................................................... 402

10. Substantial new question of patentability 63: Claims 1 and 3-4 of the '994 patent are obvious over Schmidt in view of Wilson under 35 U.S.C. § 103 .................................................................................. 405

    a. Overview of Schmidt in view of Wilson..................................... 405

    b. Reason to Combine Schmidt and Wilson.................................... 405

    c. Substantial New Question of Patentability Raised by Schmidt in view of Wilson............................................................ 406

    d. Claims 1 and 3-4 are Obvious over Schmidt in view of Wilson under 35 U.S.C. § 103 ..................................................... 407

11. Substantial new question of patentability 64: Claims 1 and 3-4 of the '994 patent are obvious over Schmidt in view of Brandiss under 35 U.S.C. § 103 ............................................................................. 410

    a. Overview of Schmidt in view of Brandiss ................................... 410

    b. Reason to Combine Schmidt and Brandiss ................................. 411

    c. Substantial New Question of Patentability Raised by Schmidt in view of Brandiss........................................................ 411

    d. Claims 1 and 3-4 are Obvious over Schmidt in view of Brandiss under 35 U.S.C. § 103 ................................................. 412

12. Substantial new question of patentability 65: Claims 1 and 3-4 of the '994 patent are obvious over Schmidt in view of the '405 patent and Brandiss under 35 U.S.C. § 103 ........................................... 415

    a. Overview of Schmidt in view of the '405 patent and Brandiss....................................................................................... 415

    b. Reason to Combine Schmidt, the '405 patent and Brandiss ....... 415

    c. Substantial New Question of Patentability Raised by Schmidt in view of the '405 patent and Brandiss......................... 416

    d. Claims 1 and 3-4 are Obvious over Schmidt in view of the '405 patent and Brandiss under 35 U.S.C. § 103 ......................... 417

13. Substantial new question of patentability 66: Claims 1-4 of the '994 patent are obvious over Schmidt in view of the '839 patent under 35 U.S.C. § 103 ............................................................................. 421

    a. Overview of Schmidt in view of the '839 patent ........................ 421

    b. Reason to Combine Schmidt and the '839 patent ....................... 421

    c. Substantial New Question of Patentability Raised by Schmidt in view of the '839 patent ............................................. 422

    d. Claims 1-4 are Obvious over Schmidt in view of the '839 patent under 35 U.S.C. § 103 ..................................................... 423

VI. CONCLUSION.............................................................................................................. 426

Date:   February 19, 2010                    Respectfully submitted,

                                             By: _____
                                                 Margaret J. Sampson
                                                 USPTO Registration No.: 47,052
                                                 Attorney for Requester

US 276157v.1

427

# EXHIBIT 31

# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE • NEW YORK, NY 10153-0119

(212) 310-8000

FAX: (212) 310-8007

BEIJING

BOSTON

BUDAPEST

DALLAS

DUBAI

FRANKFURT

HONG KONG

HOUSTON

LONDON

MIAMI

MUNICH

PARIS

PRAGUE

PROVIDENCE

SHANGHAI

SILICON VALLEY

WARSAW

WILMINGTON

WASHINGTON, D.C.

DIRECT LINE
*212.310.8599*
jenny.wu@weil.com

**BY E-MAIL**

April 12, 2010

Kevin M. Flowers, Ph.D.
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357

RE:  *Life Technologies Corporation, et al. v. Illumina, Inc. and Solexa, Inc.,*
C.A. No. 09-706 (RK) (D. Del., filed Sept. 21, 2009)

Dear Kevin:

Pursuant to the scheduling order in this matter, Plaintiffs identify below the claim terms that they believe should be construed by the Court if the parties cannot reach agreement on their interpretation. Plaintiffs' disclosure of terms to be construed is based upon their current knowledge and understanding. Plaintiffs reserve their right to supplement and/or amend the list of terms to be construed.

**Proposed Terms for Construction from the '478, '698, '568 (Chetverin),
'505 and '994 (Bridgham), '656 (Balasubramanian) and '035 (Macevicz) Patents**

| Term(s) | Appears in |
|---|---|
| Amplification system/ nucleic acid polymerase enzyme system | U.S. Patent No. 5,616,478, claims 1, 14; U.S. Patent No. 5,958,698, claims 1, 17; U.S. Patent No. 6,001,568, claims 1, 16 |
| Tracking positions of the microparticles | U.S. Patent No. 6,654,505, claim 1 |
| Optical signals generated at the microparticles | U.S. Patent No. 6,654,505, claim 1 |
| Plurality of digital images of the planar array . . . based on optical signals | U.S. Patent No. 6,654,505, claim 1 |
| Processing the plurality of digital images | U.S. Patent No. 6,654,505, claim 1 |

WEIL, GOTSHAL & MANGES LLP

April 12, 2010
Page 2

| Term(s) | Appears in |
|---|---|
| Correlating the optical signals generated at each microparticle with its corresponding image in each of the plurality of digital images | U.S. Patent No. 6,654,505, claim 1 |
| Optical characteristic of said/each microparticle | U.S. Patent No. 6,654,505, claim 2; U.S. Patent No. 6,831,994, claim 1 |
| Optical train effective to | U.S. Patent No. 6,831,994, claim 1 |
| Imaging device onto which said signals are focused | U.S. Patent No. 6,831,994, claim 1 |
| Sequence of digital images of the microparticles | U.S. Patent No. 6,831,994, claim 1 |
| With sufficient resolution for individual microparticles to be distinguished | U.S. Patent No. 6,831,994, claim 1 |
| Signal tracking means effective to correlate the optical signals from each of the microparticles in each of the sequence of digital images with said center of said microparticle | U.S. Patent No. 6,831,994, claim 1 |
| Randomly fragmenting a genome of said individual | U.S. Patent No. 7,232,656, claims 1, 7 |
| Generating sequence reads | U.S. Patent No. 7,232,656, claims 1, 7 |
| Which molecules can be individually resolved by optical microscopy | U.S. Patent No. 7,232,656, claim 3 |
| An array of polynucleotide fragments | U.S. Patent No. 7,232,656, claim 3 |
| Arraying the fragments | U.S. Patent No. 7,232,656, claim 7 |
| Different fragments can be individually resolved by optical microscopy | U.S. Patent No. 7,232,656, claim 7 |
| Population of polynucleotide fragments | U.S. Patent No. 7,598,035, claims 1, 3 |
| Vector | U.S. Patent No. 7,598,035, claims 1, 3, 5 |
| Ligating together the cleaved ends produced by said removing/ ligating the pair of segments together | U.S. Patent No. 7,598,035, claims 1, 5 |
| Said vector comprises two type IIs restriction endonuclease recognition sites/a vector having two type IIs restriction endonuclease sites | U.S. Patent No. 7,598,035, claims 1, 3 |

Please feel free to contact me if you have any questions.

Sincerely,

Jenny C. Wu

cc:    Steven Balick, Esq.
       Jack Blumenfeld, Esq.