IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION;<br>APPLIED BIOSYSTEMS, LLC;<br>INSTITUTE FOR PROTEIN RESEARCH;<br>ALEXANDER CHETVERIN; HELENA<br>CHETVERINA; and WILLIAM HONE,<br><br>　　　　　　　Plaintiffs/<br>　　　　　　　Counterclaim Defendants,<br><br>　　　v.<br><br>ILLUMINA, INC. and SOLEXA, INC.,<br><br>　　　　　　　Defendants/<br>　　　　　　　Counterclaim Plaintiffs. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 09-706 (BMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND PROPOSED ORDER**

　　　　IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the parties as follows:

　　　　1.　　On March 31, 2011, the Court notified the parties that it intended to transfer the above captioned case to a District Court in California and ordered the parties to submit cross-motions regarding transfer, with special reference to the Northern and Southern Districts of California.

　　　　2.　　The Plaintiffs and Defendants have conferred and hereby stipulate to the transfer of this case to the Southern District of California.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| */s/ Jack B. Blumenfeld* | */s/ Lauren E. Maguire* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Steven J. Balick (#2114)<br>Lauren E. Maguire (#4261)<br>Caroline Hong (#5189)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>chong@ashby-geddes.com |
| *Attorneys for Plaintiffs/Counterclaim Defendants Life Technologies Corporation, Applied Biosystems, LLC, Institute for Protein Research, Alexander Chetverin, Helena Chetverina, and William Hone* | *Attorneys for Defendants/Counterclaim Plaintiffs Illumina, Inc. and Solexa, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE